

# EXHIBIT I

Eric Witt <ericwitt34@gmail.com>

## Fwd: Request for Report Webform (22-000450)
1 message

**Eric Witt** <ericwitt34@gmail.com>                                        Sat, Jun 11, 2022 at 11:27 AM
To: dije350@gmail.com

---------- Forwarded message ---------
From: **Caleb J. Connor** <CalebConnor@bennettfirerescue.org>
Date: Fri, Jun 3, 2022, 1:37 PM
Subject: RE: Request for Report Webform (22-000450)
To: <ericwitt34@gmail.com>
Cc: Kendra Hawes <KendraHawes@bennettfirerescue.org>, Earl Cumley <EarlCumley@bennettfirerescue.org>, Timothy McCawley <TimothyMcCawley@bennettfirerescue.org>

Mr. Witt,

I appreciate you reaching out to us and I understand your concerns. In speaking to our office staff, it sounds like you have already been provided with a copy of our incident report related to this call which summarizes the incident details. That being said I will try to clarify some of your questions. I was the fire department officer who responded to this incident. I am a different staff member from the one that lives on the next street over in your neighborhood. That staff member is the Fire Chief and was not a part of this incident.

On the date of the incident I was conducting a fire inspection along with one of our fire inspectors in the 100 block of S. 1st Street when we were flagged down my an adult male party in a vehicle who was not known to me. He was panicked an stated that two dogs were attacking another dog near the intersection of Centennial Drive and Coolidge Ct. He asked if someone could please call the police and assist as he feared that the dogs would kill the dog being attacked. I notified our fire dispatch center via radio and asked for law enforcement to respond.

I responded to the area and found several groups of school aged children in the area walking home. Two different groups of school children approached me and flagged me down stating that the dogs fighting were in the backyard of your house. They stated that the fighting was so severe that they feared the dog would be killed and they feared for their safety as the dogs might push through the fence. I observed 3 dogs through the fence, one of which appeared to be bleeding and injured. This dog was in the corner of the yard against the fence and was being cornered there by the other two dogs which were still growling, barking, and exhibiting aggressive behavior to the injured dog. The injured dog was barely moving and not responsive to verbal commands. An Adams County Deputy arrived on scene and I gave him a report of my observations and the information from the witnesses. The kids on scene also re-irritated their witness accounts to him. Several attempts were made at the front door and windows to determine if anyone was home. We received no response and assumed the house to be vacant.

At this time the deputy determined that an exigent circumstance existed in which the dog needed to be removed from the situation to prevent further harm or death. We also assumed that you as the owner of the dog would want the dog saved from harm and rendered care. The deputy tried to find a way into the enclosure through the yard but was unsuccessful. It was then decided to remove two fence slats closest to the injured dog to remove it to render aid. We did this successfully and replaced the fence slats to ensure the other two aggressive dogs were contained away from the public.

At this time the dog was removed through the hole to the sidewalk. The dog had visible injuries and significant bleeding. We rendered what aid we could until animal control arrived on the scene. The animal control officer was given statements of the incident by both the deputy and myself and took custody of the dog to take it to receive medical care.

Beyond this information you would need to request further information from the Adams County Communications Center, Adams County Sherriff's Department, and Adams County Animal Control. I cannot speak to any specifics on the care your dog would have received after the incident while in custody of animal control. I can however verify that the dog appeared to be seriously injured and in my opinion needed to be removed from the situation to prevent death or further harm.

Again, I am sorry that you are dealing with this situation. We try to make the best decisions possible for the welfare of residents, animals, and property during any incident to which we respond. I hope this information is helpful for you to have a better understanding of what transpired. Beyond the information we provided, we cannot offer advice or speculation on the actions you should take regarding the disposition of your animals. We encourage you, if needed, to contact the other agencies listed below for additional information.

**Adams County Sherriff's Department**

FOR GENERAL INFORMATION

(303) 654-1850

Email: communityconnections@adcogov.org

FOR DISPATCH or NON-EMERGENCY

(303) 288-1535

**Adams County Animal Control**

(303) 288-1535

Bennett Watkins Fire Rescue - Stage - Final JPEG

**Caleb J. Connor**

**Battalion Chief - Fire Marshal**

**Life Safety Division**

**Bennett-Watkins Fire Rescue**

303-644-3572 - Headquarters / 720-893-7672 - Direct

www.BennettFireRescue.org

This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use,

dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.

**From:** Kendra Hawes <KendraHawes@BennettFireRescue.org>
**Sent:** Friday, June 3, 2022 9:06 AM
**To:** calebconnor@bennettfirerescue.org
**Subject:** FW: Request for Report Webform (22-000450)

**From:** Eric Witt [mailto:ericwitt34@gmail.com]
**Sent:** Thursday, June 2, 2022 5:02 PM
**To:** Kendra Hawes
**Subject:** Re: Request for Report Webform (22-000450)

Hello again,

   Can I also get the ADCOM transcripts of radio communication? Also, I heard the red SUV mentioned in the report is driven to and from the home by a bennet fire department employee, is a official fire department vehicle, that lives in my neighborhood and was the first on scene. The day of the incident I was trying to acquire information on what happened. The gentleman from Bennet fire and rescue said he had no information for me and that your employee was just "driving by". yet im receiving a report today. In addition, he told me to contact Adams county sheriff for info. So this is confusing to me, was the fire department employee an off duty citizen while driving by in a fire department vehicle and noticed dogs fighting and then flagged down another fire department employee? Then called it in or was it just the one fire department employee? that may line up with witness accounts before kids arrived. The transcript I have from the sheriff shows radio communication much earlier than the time on your report. This timeline is showing my dogs fighting for a known time of 40 minutes before seizure. If that's what "still threatening" means. Needless to say that is an impossibly long period for a fight.  Then my poor dog was taken because according to the report she was in immediate need of medical attention. I wasn't allowed to pick her up that night. She received very little if any medical treatment for 24 hours likely causing her severe infection. I'm told she is ok from animal control. Yet when i go to pick her up they suggest putting her down because she was close to death. The main injury on her doesn't appear to be a bite as well and ones that do look like bites are on top. like a larger trained attack dog would leave. I am going to level with you here. I want to know what happened. I don't know if i should put my dogs down or possibly finding a junk yard they can protect or work through it. Plus the fact the other two dogs that were the supposed aggressors were left on my property after it was already forcibly breached without a warrant. then taking the victim to doggy jail and the supposed perps are left free. There is more that don't line up but I think you get the point.  I am leveling with you on this rather than taking a stricter path in hopes I'll get all the facts. So I can make an appropriate decision with my other dogs. I don't know if you're a dog person but dogs are family in my house. so these details are very important.

What was the condition of my dog when driving by occurred? was she fighting back? barking yelping? what condition?

What condition was she in before removal from my property? Were they still actively fighting? was she able to walk? barking? yelping?  did she fight the sheriff and/or animal officer? was there difficulty taking her because she was fighting it? what condition was she in after removal? was she able to walk? did she get into the transport vehicle herself? Where was she observed bloody? was there injuries as a result from removing her from my property and/or after removal from my property to the time secured in the transport vehicle ? were the kids involved teasing my dogs to agitate them? is there anything else you can tell me so i don't have to dig for facts?

I have a hard time believing this was all done by my dogs with facts I've gathered. I would like to know what happen so i can make a proper decision here with my 4 legged family members. Your department was the only one there for the entire duration of the incident.

thanks for your prompt response

On Thu, Jun 2, 2022 at 11:35 AM Kendra Hawes <KendraHawes@bennettfirerescue.org> wrote:

> Hello Mr. Witt,
>
> Attached is our Department's report (NFIRS) regarding the incident at 170 Coolidge Ct. on 05/09/22.
>
> Please let me know if I can be of further assistance.
>
> Sincerely,
>
> [Bennett Watkins Fire Rescue - Stage - Final JPEG]
>
> **Kendra Hawes**
>
> **Administrative Assistant**
>
> **Bennett-Watkins Fire Rescue**
>
> **Phone: 303-644-3572 / Fax: 303-644-3401**
>
> **www.BennettFireRescue.org**
>
> This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.
>
> ---
>
> **From:** Bennett-Watkins Fire [mailto:no-reply@co.colorado.gov]
> **Sent:** Thursday, June 2, 2022 10:35 AM
> **To:** kendrahawes@bennettfirerescue.org
> **Subject:** Request for Report Webform
>
> Submitted on Thursday, June 2, 2022
> Submitted by: Anonymous
>
> Submitted values are:
> **Contact Information**
> ERIC WITT
> 170 coolidge ct
> Bennett. 80102
> ericwitt34@gmail.com
> 7204969912
>
> **Type of Report**
> Other
>
> **Description of Report / Request**
> requesting any and all records/information pertaining to "dogs were attacking another dog" on owners property requesting ADCOM records and any other records such as incident reports regarding property located at 170

COOLIDGE COURT BENNETT, CO 80102 ON THE DATE OF 05/09/2022
MULTI-AGENCY ADCOM OTHER INCIDENCT # ACAC050922-0002250 (this can be used as ADCOM reference but not limited to it)
also any information regarding the property/injured dogs occurred damage/injury condition/state before and after forced entry to the seizure. Any damage/injuries obtained during or after the extraction of seized property.

Results of this submission may be viewed at https://bennettwatkinsfire.colorado.gov/obtaining-report

**5 attachments**


**image003.jpg**
3K


**image001.jpg**
22K


**image002.jpg**
9K


**image003.jpg**
3K


**image002.jpg**
9K