**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01550-KLM
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC WITT,

    Plaintiff,

v.

TOWN OF BENNETT, COLORADO,
BENNETT FIRE DEPARTMENT,
ADAMS COUNTY SHERIFF, COLORADO,
ADAMS COUNTY JAIL, COLORADO,
SHAWN DAV, individually and in his official capacity as Judge for town of Bennett,
JOSEPH LICO, individually and in his official capacity as Prosecution for town of Bennett,
KEITH BUONO, individually and in his official capacity as officer for town of Bennett,
JANE DOE, individually and in her official capacity,
JOHN DOES 1-4, individually and in their official capacities as Adams County Sheriff's Deputies involved in the alleged illegal eviction,
JOHN DOES 5-10, individually and in their official capacities as Adams County Jail Personnel,

    Defendants.

---

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

---

Plaintiff Eric Witt resides in Bennett, Colorado.  He initiated this action *pro se* on June 16, 2023, by filing a *Claim for Civil Rights Violation Pursuant to 42 U.S.C. Sec. 1983* (ECF No. 1)[1] and an *Application to Proceed in District Court Without Prepaying*

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used

*Fees or Costs (Long Form)* (ECF No.2).

Plaintiff will be granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 solely based on inability to prepay fees or give security therefor.

Accordingly, it is

ORDERED that the *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)* (ECF No. 2) is **granted**.   It is

FURTHER ORDERED that the court review Plaintiff's pleading pursuant to 28 U.S.C. § 1915(e)(2)(B).   It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED June 29, 2023.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge

---

throughout this order.#