s/Eric Witt
Eric Witt
22204 E Belleview Pl,
aurora, CO 80015
Cell# 7204969912
EricWitt34@gmail.com
Tuesday, July 11, 2023

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## MOTION TO AMEND EMERGENCY MOTION FOR POSSESSION

**Eric Witt**

Plaintiff,

vs.

**TOWN OF BENNETT, COLORADO.**

**BENNETT FIRE DEPARTMENT**

**Adams County Sheriff, Colorado**

**Adams County jail, Colorado**

**SHAWN DAY**, individually and in his official capacity as Judge for town of Bennett

**Joseph LICO,** individually and in his official capacity as Prosecution for town of Bennett

**KEITH BUONO** individually and in his official capacity as officer for town of Bennett

**Jane Doe** individually and in her official capacity

**John Does** 1-4, individually and in their official capacities as Adams County Sheriff's Deputies involved in the alleged illegal eviction

**John Does** 5-10, individually and in their official capacities as Adams County Jail personnel involved in denying plaintiff the right to see a judge, causing the plaintiff's name not to be recorded for bond release, placing him in an intake pod with unlike crimes and harsher lockdown hours, and other rights violations during depravation of liberty at the jail.

Defendants(s)

COMPLAINT

JURY DEMANDED

Case No: 23-cv-01550-KLM

▢   COMES NOW the affiant plaintiff, who goes by Eric Witt, a man, appears before this court specially, reserving all rights under UCC 1-308, not waiving any rights,  statutory or procedural, being of sound mind, and over the age of twenty-one, being

unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of COLORADO, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following facts, are not believe to have any contrary evidence that exists, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, for plaintiff' claims for relief against Defendants, and each of them, jointly and severally, based upon knowledge, information, and reasonable belief derived therefrom, allege, complain, do solemnly declare, and depose and say:

Plaintiff Eric Witt, proceeding pro se, respectfully submits this Motion to Amend the Emergency Motion for Possession filed on [date of original motion], in light of new evidence discovered regarding the writ of restitution that authorized the eviction from his residence.

In accordance with Federal Rule of Civil Procedure 15(a)(2), which allows a party to amend its pleading with the opposing party's written consent or the court's leave, and given the court should freely give leave when justice so requires, the plaintiff respectfully seeks to amend the original emergency motion.

The plaintiff seeks this amendment based on the discovery of an alleged fraudulent exchange of the original writ of restitution, which he believes did not carry the authority required for eviction. The plaintiff has obtained a different version of the writ from the courthouse, which appears to have been modified and falsely represented as the original writ used to justify the eviction.

The plaintiff believes that this fraudulent writ was used to illegally justify his eviction, leading to an immediate deprivation of his property rights and rendering him homeless. The proposed amendment to the emergency motion will include this new evidence and the corresponding claims that arise from it.

Given the urgent circumstances of the plaintiff's homelessness, he seeks the court's leave to amend his emergency motion promptly. If granted, this will allow the plaintiff to include the necessary facts and claims to support his case for an expedited return to his residence.

WHEREFORE, Plaintiff respectfully requests this Court to grant this Motion to Amend Emergency Motion for Possession and for any other relief the Court deems just and proper.

Tuesday, July 11, 2023

Eric Witt

Plaintiff, pro se

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, July 11, 2023, a true and correct copy of the foregoing MOTION TO AMEND EMERGENCY MOTION FOR POSSESSION was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eric Witt

Plaintiff, pro se DATED this Tuesday, July 11, 2023

s/Eric Witt

Eric Witt

Without Prejudice U.C.C. 1-308

7204969912

+ericwitt34@gmail.com