**BENNETT, COLORADO, SUMMONS AND COMPLAINT OR PENALTY ASSESSMENT**
The Town of Bennett, Counties of Adams and Arapahoe
By and on behalf of the People of the State of Colorado vs.:

**SUMMONS** B 6731

Agency: ☐ Adams S.O.  ☐ Arapahoe S.O.  Other: TOB
Agency Case # CE22-0005 / CE22-0019

☐ SCHOOL OR SAFETY ZONE (FINES DOUBLED)  ☐ ACCIDENT (SUMMONS)  ☐ JUVENILE (SUMMONS) Parent Info:

Date of Violation (mm/dd/yy): 5/17/22
Time of Violation: 1700 hrs
Approx. Location of Violation: 170 Coolidge CT

Defendant Name: (Last, First, Middle): Wilt, Eric

DOB: (mm/dd/yy): / / 198_
Gender: M
Race: Ht: ft in  Wt:  Hair:  Eyes:  Phone H:

Address: 170 Coolidge Ct Bennett, CO 80102
Phone C: 7205608282

DL#: ST  Veh Lic #: ST  Make  Model  Yr  Color  VIN
Cls/Type:

| MTC | VIOLATION | PT |
|---|---|---|
| 1204 | Parked Vehicle on Where Prohibited by Signs or Markings | 0 |
| 1205 | Parked Vehicle on Wrong Side of Road | 0 |
| 1208 | Parked in Handicap Designated Parking Without Authorization | 0 |
| 1503 | Motorized Vehicles Restricted | 0 |
| 237/236 | Safety Belt Required ___ Adult(237) ___ Child(236) | 0 |
| 1101 | Speeding (5-9 mph over posted limit) ___ in a ___ mph Zone | 1 |
| 1211(1)(a) | Unsafe Backing in Parking Area | 1 |
| 1211(1)(b) | Backed Vehicle on Shoulder or Roadway | 2 |
| 202(1) | Drove a Defective or Unsafe Vehicle | 2 |
| 204 | Failed to Display Lighted Lamps When Required | 2 |
| 608(1) | Failed to Use Turn Signal(s) | 2 |
| 902(3) | Made U-turn Where Prohibited | 3 |
| 1007(1a) | Failed to Drive in a Single Lane (Weaving) | 3 |
| 603 | Failed to Observe/Disregarded Traffic Control Signal or Device | 4 |
| 1008(1) | Following too Closely | 4 |
| 1101 | Speeding (10-19 mph over posted limit) ___ in a ___ mph Zone. | 4 |
| 1402 | Careless Driving | 4 |
| 1409 | Insurance ___ Failed to Present ___ Uninsured | 4 |
| 1101 | Speeding (20-39 mph over posted limit) ___ in a ___ mph Zone | 6 |
| 1401 | Reckless Driving | 8 |

| ORDINANCE | VIOLATION |
|---|---|
| 513 | Curfew (10-6-20) |
| 514 | Public Park Hours (11-5-120) |
| 7-2-10 | Debris Prohibited/Accumulation to Constitute a Nuisance |
| 7-5-30 | Duty to Cut Weeds on Property |
| 7-7-20 c | Animals Running at Large |
| 7-7-70 | Licensing of Dogs and Cats |
| 7-7-80 | Aggressive Animals |
| 7-7-90 | Vicious Animals |
| 8-5-10 ( ) | Parking & Storage Restrictions/Recreational Equipment. |
| 10-4-10 | Criminal Mischief |
| 10-4-50 | Defacing Public/Private Property |
| 10-4-110 | Theft |
| 10-4-120 | Shoplifting |
| 10-5-30 | Interference With an Educational Institution |
| 10-5-40( ) | Harassment |
| 10-5-80 | Assault |
| 10-5-140 | Throwing Stones, Missiles, Etc. |
| 10-7-30 | Possession/Consumption of Alcohol by Underage Person |
| 10-7-80 | Possession of Drug Paraphernalia |
| 10-7-100 | Possession of Cannabis by an Underage Person |
| ✓ 13-3-80 | Unlawful use or Acquisition (Water) |

☐ **PENALTY ASSESSMENT - Payable by Mail**
If this box is checked, payment of your fine by mail without a court appearance is permitted. (See back of summons for instructions). If your payment is received by mail or in person by 5:00 pm. on the business day before your court date, you do not have to appear in Court and the associated penalty points will be reduced as shown on the back of this summons. **If payment is not received you must appear on the court date indicated.** Without admitting guilt, I agree to comply with the instructions on the reverse side of this summons or penalty assessment.

X _____
Defendant Signature

Total Fine Amount: $ _____

Total Points _____
If over four (4) = Summons-Mandatory Appearance

See reverse side for point reduction provisions.

☒ **SUMMONS - Mandatory Court Appearance**
Without admitting guilt, I promise to appear at the time and place indicated below. (If you are under the age of 18 at the time of the court date listed below, you must be accompanied by a parent or legal guardian when appearing in court.)

_____
Defendant Signature

**COURT DATE**
You are summoned and ordered to appear to answer charges stated above in:
Bennett Municipal Court, 207 Muegge Way, Bennett, CO 80102
ON 6 / 22 / 2022 at 600  ☐AM ☒PM
Warning: If you fail to appear in response to this summons as ordered, a warrant will be issued for your arrest.

The undersigned has probable cause to believe that the defendant committed the offense(s) against the peace and dignity of the Town of Bennett, State of Colorado and affirms that a copy of this summons and complaint or Penalty Assessment was served upon the defendant.

Date Issued: 5/17/22  Officer Name: K. Buono, LCSO
Signature: _____  Badge# CS02

COURT