

**Town of Bennett**
207 Muegge Way
Bennett, Colorado
80102-7806

Return Service Requested



CERTIFIED MAIL

DENVER CO 802

18 MAY 2022 PM 2 L

7015 0640 0006 5584 5042

NEOPOST                FIRST-CLASS MAIL

05/18/2022
US POSTAGE  $007.33



ZIP 80102
041M11451849

DP$

Eric Witt
170 Coolidge Court
Bennett, CO 80102

NAME _____
1ST NOTICE 5/21
2ND NOTICE 5/26

NIXIE     808  DE 1        0006/11/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

_. 9326010680405163      UNC
80102-780270
80102>8425

BC: 80102842507    *1468-02743-11-40

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Witt
170 Coolidge Court
Bennett, CO
80102

9590 9403 0627 5183 5845 98

2. Article Number. (Transfer from service label)

7015 0640 0006 5584 5042

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☑ Priority Mail Express®
- ☑ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt