**BENNETT, COLORADO, SUMMONS AND COMPLAINT OR PENALTY ASSESSMENT**
The Town of Bennett, Counties of Adams and Arapahoe
By and on behalf of the People of the State of Colorado vs.:

SUMMONS  B 6731

Agency: ☐ Adams S.O.   ☐ Arapahoe S.O.   Other: TOB
Agency Case # CE22-0005 / CE22-0019

☐ SCHOOL OR SAFETY ZONE (FINES DOUBLED)   ☐ ACCIDENT (SUMMONS)   ☐ JUVENILE (SUMMONS) Parent Info:

Date of Violation (mm/dd/yy): 5/17/22
Time of Violation: 1700 hrs
Approx. Location of Violation: 170 Coolidge CT

Defendant Name: (Last, First, Middle): Witt, Eric

DOB: (mm/dd/yy): / /198_
Gender: M   Race:   Ht: ft in   Wt:   Hair:   Eyes:   Phone H:

Address: 170 Coolidge Ct Bennett, CO 80102
Phone C: 720 560 8282

DL#:   ST   Veh Lic #   ST   Make   Model   Yr   Color   VIN
Cls/Type

| MTC | VIOLATION | PT |
|---|---|---|
| 1204 | Parked Vehicle on Where Prohibited by Signs or Markings | 0 |
| 1205 | Parked Vehicle on Wrong Side of Road | 0 |
| 1208 | Parked in Handicap Designated Parking Without Authorization | 0 |
| 1503 | Motorized Vehicles Restricted | 0 |
| 237/236 | Safety Belt Required ____ Adult(237) ____ Child(236) | 0 |
| 1101 | Speeding (5-9 mph over posted limit) ____ in a ____ mph Zone | 1 |
| 1211(1)(a) | Unsafe Backing in Parking Area | 1 |
| 1211(1)(b) | Backed Vehicle on Shoulder or Roadway | 2 |
| 202(1) | Drove a Defective or Unsafe Vehicle | 2 |
| 204 | Failed to Display Lighted Lamps When Required | 2 |
| 608(1) | Failed to Use Turn Signal(s) | 2 |
| 902(3) | Made U-turn Where Prohibited | 3 |
| 1007(1a) | Failed to Drive in a Single Lane (Weaving) | 3 |
| 603 | Failed to Observe/Disregarded Traffic Control Signal or Device | 4 |
| 1008(1) | Following too Closely | 4 |
| 1101 | Speeding (10-19 mph over posted limit) ____ in a ____ mph Zone. | 4 |
| 1402 | Careless Driving | 4 |
| 1409 | Insurance ____ Failed to Present ____ Uninsured | 4 |
| 1101 | Speeding (20-39 mph over posted limit) ____ in a ____ mph Zone | 6 |
| 1401 | Reckless Driving | 8 |

| ORDINANCE | VIOLATION |
|---|---|
| 513 | Curfew (10-6-20) |
| 514 | Public Park Hours (11-5-120) |
| 7-2-10 | Debris Prohibited/Accumulation to Constitute a Nuisance |
| 7-5-30 | Duty to Cut Weeds on Property |
| 7-7-20 c | Animals Running at Large |
| 7-7-70 | Licensing of Dogs and Cats |
| 7-7-80 | Aggressive Animals |
| 7-7-90 | Vicious Animals |
| 8-5-10 ( ) | Parking & Storage Restrictions/Recreational Equipment. |
| 10-4-10 | Criminal Mischief |
| 10-4-50 | Defacing Public/Private Property |
| 10-4-110 | Theft |
| 10-4-120 | Shoplifting |
| 10-5-30 | Interference With an Educational Institution |
| 10-5-40( ) | Harassment |
| 10-5-80 | Assault |
| 10-5-140 | Throwing Stones, Missiles, Etc. |
| 10-7-30 | Possession/Consumption of Alcohol by Underage Person |
| 10-7-80 | Possession of Drug Paraphernalia |
| 10-7-100 | Possession of Cannabis by an Underage Person |
| ✓ 13-3-80 | Unlawful use or Acquisition (Water) |

☐ **PENALTY ASSESSMENT - Payable by Mail**
If this box is checked, payment of your fine by mail without a court appearance is permitted. (See back of summons for instructions). If your payment is received by mail or in person by 5:00 pm. on the business day before your court date, you do not have to appear in Court and the associated penalty points will be reduced as shown on the back of this summons. **If payment is not received you must appear on the court date indicated.** Without admitting guilt, I agree to comply with the instructions on the reverse side of this summons or penalty assessment.

X_____
Defendant Signature

Total Fine Amount: $_____

Total Points _____
If over four (4) = Summons-Mandatory Appearance

See reverse side for point reduction provisions.

☒ **SUMMONS - Mandatory Court Appearance**
Without admitting guilt, I promise to appear at the time and place indicated below. (If you are under the age of 18 at the time of the court date listed below, you must be accompanied by a parent or legal guardian when appearing in court.)

Defendant Signature _____

**COURT DATE**
You are summoned and ordered to appear to answer charges stated above in:
Bennett Municipal Court, 207 Muegge Way, Bennett, CO 80102
ON 6 / 22 / 2022 at 6:00   ☐AM ☒PM
Warning: If you fail to appear in response to this summons as ordered, a warrant will be issued for your arrest.

The undersigned has probable cause to believe that the defendant committed the offense(s) against the peace and dignity of the Town of Bennett, State of Colorado and affirms that a copy of this summons and complaint or Penalty Assessment was served upon the defendant:

Date Issued: 5/17/22   Officer Name: K. Buono, LCSO

Signature: _____   Badge# CS02

COURT

**Neighborhood Services**
**Code Enforcement/Animal Control**
**Incident Report**



| Case#CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court Bennett | | County: Adams |
| Summons#: B6731 | Charges: Unlawful Use or Acquisition | Court date: 6/22/22 |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| S | Name: Eric Witt | | | | Phone: 720-496-9912 | |
|---|---|---|---|---|---|---|
| | Address: 170 Coolidge Court | | | | City/State/Zip: Bennett, CO 80102 | |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |
| W | Name: Robert Sherer | | | | Phone: 303-349-4791 | |
| | Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |
| W | Name: Mark Cowlishaw | | | | Phone: 303-501-6568 | |
| | Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

**Statement:** May 17th, 2022 I was assigned as a Community Services Officer for the Town of Bennett. At approximately 4:40p I was advised by Mrs. Trish Stiles, Town Administrator, that Mr. Eric Witt of 170 Coolidge Court, Bennett, Colorado 80102 needed to be summoned to court for violating Town Municipal Code 13-3-80 Unlawful Use or Acquisition (water). I initiated an investigation into the incident and determined the following:

February 8th, 2022 Mr. Mark Cowlishaw and Mr. Robert Sherer shut off the water supply to 170 Coolidge Court, Bennett, Colorado 80102 due to non-payment of the water bill. On May 17th, 2022 Mr. Cowlishaw and Mr. Sherer returned to the address and discovered the water had been turned back on at some point between the two dates. The water was again shut off and an attempt, by Officer Keith Buono, was made to issue a summons to Mr. Witt but to no avail. Mr. Witt was sent a summons by certified mail via the United States Post Office for a court date of June 22, 2022. On May 23rd, 2022 I obtained Witness statements from Mr. Cowlishaw and Mr. Sherer pertaining to the incident at 170 Coolidge Court. They also advised that the water had been turned back on since the last shut off on May 17th, 2022, and that it had been shut off again with a lock being placed on it to prevent further tampering. This incident referred to the Community Services Supervisor for further review.

Officer Signature: _(signed)_     Date: 5/23/22

PAGE 1

Town of Bennett · 207 Muegge Way · Bennett, CO  80102 ·  303-644-3249 · townofbennett.colorado.gov

**Neighborhood Services**
**Code Enforcement/Animal Control**
**Witness statement**



| Case# CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court | | Type of Incident: Unlawful Use or Acquisition |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| W | Name: Mark Cowlishaw | Phone: 303-501-6568 |
|---|---|---|
| | Address: 207 Muegge Way | City/State/Zip: Bennett, CO 80102 |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

On 2-8-2022 I shut the water off at 170 Coolidge CT. for non payment. We checked it on 5/17/2022 and the water was turned on, I then turned the water back off on 5-17-2022. On 5-23-2022 the water was turned back on so I turned it back off and put a ~~toek~~ lock on it.

Witness Signature: Mark Cowlishaw    Date: 5-23-2022

PAGE 1

Town of Bennett · 207 Muegge Way· Bennett, CO 80102 · 303-644-3249 · townofbennett.colorado.gov



**Neighborhood Services**
**Code Enforcement/Animal Control**
**Witness statement**

| Case# CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court | | Type of Incident: Unlawful Use or Acquisition |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| W | Name: Robert Shever | | | | Phone: 303-349-4791 | |
|---|---|---|---|---|---|---|
| | Address: 207 Muegge Way | | | | City/State/Zip: Bennett Co 80102 | |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

On 2-8-2022 the water was shut off at 170 Coolidge for non payment.
On 5-17-2022 we checked the pit and the water was on. We shut it off
On 5-23-2022 we checked the pit and the water was on we shut it off and placed a padlock on the valve.

Witness Signature: Robt Rsh

Date: 5-23-2022

PAGE 1

# BENNETT MUNICIPAL COURT

Summons # CE23-0005

| The People of the State of | ) | Waiver of Rights |
| Colorado and | ) | and plea of |
| County of Adams | ) | (Guilty) |
| Town of Bennett | ) | (Not Guilty) |
| VS | ) | |

Witt, Eric

Defendant           )

Comes now the above defendant and is advised of the following rights pursuant to the above cited case:

I have knowledge of the following Rights:

1. To remain silent.
2. To have any statement made by me used against me at a later date.
3. I am presumed innocent.
4. I have a right to plead not guilty and have a trial to the Court.
5. I may put the Town to the burden of proving me guilty as to each charge and each element of that charge beyond a reasonable doubt.
6. I have the right to engage counsel.
7. To request a reasonable continuance.
8. To have Subpoenas issued by the court without expense, except cost of service, to compel attendance of witnesses.
9. I have the right to testify on my own behalf or remain silent, at my own sole discretion.
10. I have the right to call witnesses on my own behalf.
11. I have the right to appeal according to rule 237 of the Colorado Municipal Court Rules of Procedure.
12. Any plea entered by me must be voluntary and not the result of undue influence or coercion on the part of anyone.

I further understand the possible maximum penalty is Two Thousand Six Hundred Fifty and no/100s ($2650.00), that if this is a traffic offense, that penalty points may assessed against my driving privilege, and that if I plead not guilty, my case will be heard at trial within 90 days of today's date. With a full understanding of the rights I have, and possible penalties, I do plead as follows:

☐ _____   **REQUEST** to speak to Town Prosecutor. If trial is necessary, it is to be scheduled
Initial           within 90 days of the date of my plea.

☐ _____   **NOT GUILTY** and request trial.
Initial

☐ _____   **GUILTY** I enter the guilty plea freely and voluntarily, and with full knowledge
Initial           of my waiver of the above stated rights and of the possible penalties.

Defendant _____ Date_____

If the defendant is under the age of eighteen (18) a parent or guardian must sign this plea.

Parent or Guardian _____ Date_____

## Bennett Municipal Court Minute Order

NAME: Witt, Eric
CASE #: CE27-0005
DATE: 6-22-2022

### PROSECUTOR

Pre-Trial Conference Held with Prosecutor Joe Lico:
Defendant enters following plea with additional recommendations:

|  | Points | Fine |
|---|---|---|
| Count 1: |  |  |
| Amend to: |  |  |
| Count 2: |  |  |
| Amend to: |  |  |

Additional Recommendations:

Stipulations:

### JUDGE

☐ ACCEPT Prosecutor's recommendation and Defendant Plea
☐ REJECT Prosecutor's recommendation and Defendant Plea
☐ ACCEPT Defendant Plea (No Prosecutor Requested)

Additional Order:
Count 1: D FTA

Additional: BW Issued

Count 2: $500 PR auth.

Additional Conditions: JAA 6.22.22

**COURT COSTS (circle)**

Jury Trial ($25/$75)

| | |
|---|---|
| CC | $35.00 |
| SOE | $25.00 |
| OJW | $30.00 |
| BW | $75.00 |
| CS | $25.00 |
| Default | $30.00 |
| Deferred | $75.00 |
| FTA | $25.00 |
| FTP | $25.00 |

Total Due  $

### COURT CLERK

| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

# BENNETT MUNICIPAL COURT

## PAYMENT AGREEMENT & SENTENCE CONDITIONS

Bennett Municipal Court
207 Muegge Way
Bennett, CO 80102
303-644-3249 x1001

DEFENDANT NAME: _Witt, Eric_    CASE #_CE22-0005_

| Description | Amount Due | Note |
|---|---|---|
| Fine Amount | $ | |
| Court Cost | $35 | FTA  $500 PR |
| Stay of Execution | $25 | |
| Deferred Judgment Fee | $50 | Months _____ Review On: _____ |
| Community Service | $25 | Hours _____ Completed By: _____ |
| Default Judgment Fee | $30 | |
| Bench Warrant | $75 (circled) | |
| Other  FTA | | |
| **TOTAL DUE** | $ | Pay Today: _____ and/or  Payment Arrangement: $_____ due by the _____ day of each month beginning _____ until paid in full. |

### ADDITIONAL CONDITIONS

| | | |
|---|---|---|
| Class ☐ Alcohol/Drug  ☐ Theft | _____ Day/Hours | Completed By: |
| Drug Testing/UA | _____ x Month For _____ months | Completed By: |
| No Further Violations | | Through |

I agree to pay the total amount due on or before the due date above. I understand additional penalties noted above will be enforced due to non-compliance with payment agreement or sentencing conditions.

Date:_____

Defendant_____  Parent of Minor_____

**All Payments should be mailed to: Town of Bennett Municipal Court**
                                    **207 Muegge Way**
                                    **Bennett, CO 80102**
**or can be made online with a credit card at www.TownofBennett.org. Please note there is a transaction fee for all credit card payments.**

| COURT CLERK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



Bennett Municipal Court
207 Muegge Way
Bennett, CO 80102
303-644-3249 x1001

June 28, 2022

Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

Mr. Witt,

**Please find the attached bench warrant for your arrest.**

You were issued summons citation number #B6731 for violating *one (1) count of BMC Ordinance 13-3-80 Unlawful Use or Acquisition (water)*. You failed to appear for your hearing on June 22, 2022 at 6:00 p.m. to comply with a court order by that date, or contact the court regarding options; Judge Ausmus issued the warrant for your arrest. The Judge ordered a PR bond in the amount of $500 on your case. You have four options at this point:

1. You may turn yourself in, at any time, to the Adams County Police Department. Make sure to have the bond money on you or with another person who can bond you out, in order to avoid spending time in jail. A bail bondsman may act as a surety. In certain circumstances, you may be eligible for a personal recognizance bond if you are unable to pay your bond. Once the bond is paid, we will clear the warrant and set you a bond return hearing where you will appear before the judge to have penalties assessed. If the penalties are less than your bond amount, we will return the remainder of the bond by mail.

2. Turn yourself in on a court date at the Bennett Municipal Court office, 207 Muegge Way, Bennett, CO. You will need to contact the court for the date and time of the next court date.

3. You may also pay your bond directly to the Bennett Municipal Court ***under prearranged conditions***. ***If you are living out of state***, you can pay on-line at the https://www.colorado.gov/townofbennett website. Once the bond is paid, we will clear the warrant and set you for a bond return hearing. For out of state defendants, the court may process the case with a plea by mail. If you have any questions regarding your warrant, please contact the court.

4. You may contact the court in writing explaining your failure to appear and request that the bench warrant be vacated and a resetting of your court date. Within your written explanation, you <u>must</u> provide your current address and phone number. In your written explanation, you may request that the current cash or surety bond be converted into a Personal Recognizance Bond (PR Bond) which would require you to appear at the next available court date. However, it would be left up to the Court to grant a PR Bond. If the Court grants your request for a PR Bond, you would be required to appear at the Bennett Town Hall to sign the PR Bond paperwork within two business days upon notification. If the court denies your request for a PR Bond, you would be required to post either a cash or surety bond.

Christina Hart
Bennett Municipal Court Clerk

## IN THE MUNICIPAL COURT OF THE TOWN OF BENNETT
## COUNTIES OF ADAMS AND ARAPAHOE, STATE OF COLORADO

CASE NO.: CE22-0005
SUMMONS #B6731

## BENCH WARRANT

STATE OF COLORADO
COUNTIES OF ADAMS AND ARAPAHOE )
TOWN OF BENNETT )
) THE PEOPLE OF THE STATE OF COLORADO

VS.

**Witt, Eric**

*TO ANY AUTHORIZED LAW ENFORCMENT OFFICER OF THE AFORESAID MUNICIPALITY:*

**WHEREAS,** Officer Buono has heretofore made complaint and summons has been issued commanding **Witt, Eric, Defendant,** to appear in this court and whereas said **Defendant failed to appear on 1 count of Ordinance 13-3-80 Unlawful Use or Acquisition (water).**

You are therefore commanded to forthwith arrest the above-named Defendant and bring him/her before a judge in said Municipal Court of the Town of Bennett, 207 Muegge Way, Bennett, Colorado 80102 to be dealt with according to the law, hereof fail not at your peril. In accordance with Colorado law, the Defendant shall be scheduled for a bond hearing no less than 2 days, excluding Sundays & Federal Holidays, following notice to this court that the Defendant is in custody. In the event such hearing does not occur, the bond herein shall be immediately amended to a personal recognizance bond.

**Given under my hand and seal this 27th day of June A.D. 2022**

Dated: June 27, 2022

*[signature]*
Municipal Judge

*Per 13-10-111.5, C.R.S., if defendant is being held solely on the basis of a municipal hold, defendant shall be released on a PR bond with no other conditions if the defendant does not appear in front of a municipal court within two (2) calendar days of being notified by the jail of the municipal hold, excluding Sundays and Federal Holidays; except that, if the defendant is being held in an out of county jail and the defendant has failed to appear in the case at least twice, the defendant shall be released on a PR bond if the court does not hold a hearing within four (4) calendar days of being notified by the jail of the municipal hold, excluding Sundays and Federal Holidays.

## THE DEFENDANT IS TO BE ADMITTED TO BAIL IN THE SUM OF $500 PR Bond

*DEFENDANT INFORMATION:* Eric Witt
LK ADDRESS: 170 Coolidge Court, Bennett, Colorado 80102
Phone: 720-560-8282

| | | | |
|---|---|---|---|
| DOB: U/K | HGT: U/K | WGT: U/K | Sex: M |
| EYES: U/K | HAIR: U/K | RACE: U/K | |
| VEH LIC#: U/K | DRIV LIC#: U/K | | |



Christina Hart &lt;chart@bennett.co.us&gt;

## CASE # CE22-0005 BENCH WARRENT
2 messages

---

**Eric Witt** &lt;ericwitt34@gmail.com&gt;  
To: "chart@bennett.co.us" &lt;chart@bennett.co.us&gt;  
Tue, Jul 26, 2022 at 9:13 AM

Hello,

    My name is Eric Witt. I am requesting the bench warrent for case number CE22-0005 be vacated. I was unaware I had court to attend. I did speak with an employee from the town of bennett that had left a note on my door to contact. I attempt contact and then got a response after a few days. I was informed there was a summons being mailed to me. I explained I was confused about the situation and was told the summons would come in the mail. I kept an eye out for it and never was never served or received it via mail.

    I am a single dad with custody and it would be detramental to my child for me to get arrested. I will go to court anytime I get a summons. If vacated and a rescheduled court date is issued. I will absolutely show up. So I am requesting to please vacate this bench warrent.

Thank you,

Eric Witt  
170 Coolidge Ct, Bennett, CO 80102

---

**Christina Hart** &lt;chart@bennett.co.us&gt;  
To: Eric Witt &lt;ericwitt34@gmail.com&gt;  
Tue, Jul 26, 2022 at 1:06 PM

Mr. Witt,

Thank you for your email.  The court administrator will contact the Municipal Judge's with your request.  You will be contacted regarding your case once the Judge has responded.

Respectfully,  
Christina



*Christina Hart | Town Clerk*  
207 Muegge Way | Bennett CO, 80102  
(303)644-3249 ext. 1001 | chart@bennett.co.us  
townofbennett.colorado.gov

[Quoted text hidden]



Christina Hart <chart@bennett.co.us>

## RE: Witt, Eric - 6-22-2022 FTA / BW Issued
3 messages

---

**Christina Hart** <chart@bennett.co.us>  
To: Andy Ausmus <andy@ausmuslaw.com>  
Cc: "Day, Shawn" <sday@auroragov.org>, Joe Lico <ninewords@msn.com>

Tue, Jul 26, 2022 at 3:33 PM

Greetings,

Mr. Witt failed to appear for his June 22 arraignment. He was charged with violating BMC 13-3-80 Unlawful Use or Acquisition (water).

A bench warrant was issued with a $500 PR bond. Mr. Witt received notification of the bench warrant.

Mr. Witt contacted the court yesterday requesting the bench warrant be vacated. Please provide direction on how the court should proceed.

Respectfully,
Christina



*Christina Hart | Town Clerk*  
207 Muegge Way | Bennett CO, 80102  
(303)644-3249 ext. 1001 | chart@bennett.co.us  
townofbennett.colorado.gov

---

**Day, Shawn** <Sday@auroragov.org>  
To: Christina Hart <chart@bennett.co.us>, Andy Ausmus <andy@ausmuslaw.com>  
Cc: Joe Lico <ninewords@msn.com>

Tue, Jul 26, 2022 at 4:00 PM

Hi Christina,

Please accept this email as my Order to cancel the bench warrant and re-set Mr. Witt's case for the August court date.

Respectfully,

Shawn

[Quoted text hidden]

---

**Christina Hart** <chart@bennett.co.us>  
To: "Day, Shawn" <Sday@auroragov.org>  
Cc: Andy Ausmus <andy@ausmuslaw.com>, Joe Lico <ninewords@msn.com>

Tue, Jul 26, 2022 at 4:18 PM

Thank you, Judge Day.



*Christina Hart | Town Clerk*  
207 Muegge Way | Bennett CO, 80102  
(303)644-3249 ext. 1001 | chart@bennett.co.us  
townofbennett.colorado.gov

[Quoted text hidden]



**BENNETT MUNICIPAL COURT**
207 Muegge Way
Bennett, Colorado 80102-7806
303-644-3249 Ext. 1001

July 26, 2022

Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

Mr. Witt,

The Bennett Municipal Court has cancelled the bench warrant and has reset your arraignment for August 24, 2022 at 6:00 p.m.

Enclosed you will find the court order with the information for your newly scheduled arraignment.

Respectfully,

Christina Hart
Bennett Municipal Court Clerk
Town of Bennett



BENNETT MUNICIPAL COURT, COUNTY OF ADAMS, STATE OF COLORADO

Criminal Action No.  **B6731**

**RESET FOR REVIEW**

THE TOWN OF BENNETT by and on behalf of
THE PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

vs.

Witt, Eric
Defendant

You are hereby notified the above case has been reset for Arraignment in the Bennett Municipal Court to **Wednesday, the 24th of August, 2022 at 6:00 p.m.** in the Municipal Court at **207 Muegge Way, Bennett, Colorado, 80102-7806.**

This constitutes the only notice you will receive regarding this date. **FAILURE TO APPEAR AT THE ABOVE DATE, TIME AND LOCATION WILL RESULT IN A POTENTIAL BENCH WARRANT FOR YOUR ARREST AND ADDITIONAL FEES.**

Dated this 26th day of July, 2022

                            Clerk of the Bennett Municipal Court

                            Christina Hart
                            207 Muegge Way
                            Bennett, Colorado 80102-7806

CERTIFICATE OF MAILING

I certify that on July 26, 2022 I served a copy of the **RESET FOR ARRAIGNMENT** by U.S Mail to:

Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

Last known address of the party.

                            Clerk of Bennett Municipal Court

[Seal: MUNICIPAL COURT BENNETT, COLORADO SEAL]

## BENNETT MUNICIPAL COURT

Summons # B6731

| The People of the State of | ) | Waiver of Rights |
| --- | --- | --- |
| Colorado and | ) | and plea of |
| County of Adams | ) | (Guilty) |
| Town of Bennett | ) | (Not Guilty) |
| VS | ) | |

Witt, E

Defendant    )

Comes now the above defendant and is advised of the following rights pursuant to the above cited case:

I have knowledge of the following Rights:

1. To remain silent.
2. To have any statement made by me used against me at a later date.
3. I am presumed innocent.
4. I have a right to plead not guilty and have a trial to the Court.
5. I may put the Town to the burden of proving me guilty as to each charge and each element of that charge beyond a reasonable doubt.
6. I have the right to engage counsel.
7. To request a reasonable continuance.
8. To have Subpoenas issued by the court without expense, except cost of service, to compel attendance of witnesses.
9. I have the right to testify on my own behalf or remain silent, at my own sole discretion.
10. I have the right to call witnesses on my own behalf.
11. I have the right to appeal according to rule 237 of the Colorado Municipal Court Rules of Procedure.
12. Any plea entered by me must be voluntary and not the result of undue influence or coercion on the part of anyone.

I further understand the possible maximum penalty is Two Thousand Six Hundred Fifty and no/100s ($2650.00), that if this is a traffic offense, that penalty points may assessed against my driving privilege, and that if I plead not guilty, my case will be heard at trial within 90 days of today's date. With a full understanding of the rights I have, and possible penalties, I do plead as follows:

[☒] EW    **REQUEST** to speak to Town Prosecutor. If trial is necessary, it is to be scheduled
Initial    within 90 days of the date of my plea.

[ ] _____    **NOT GUILTY** and request trial.
Initial

[ ] _____    **GUILTY** I enter the guilty plea freely and voluntarily, and with full knowledge
Initial    of my waiver of the above stated rights and of the possible penalties.

Defendant _____    Date 8-24-22

If the defendant is under the age of eighteen (18) a parent or guardian must sign this plea.

Parent or Guardian _____ Date _____

# Bennett Municipal Court Minute Order

NAME: Witt, E
CASE #: B6731
DATE: 8-24-2022

## PROSECUTOR

Pre-Trial Conference Held with Prosecutor Joe Lico:
Defendant enters following plea with additional recommendations:

| | Points | Fine |
|---|---|---|
| Count 1: D requests R | | |
| Amend to: -30 days | | |
| Count 2: | | |
| Amend to: | | |

Additional Recommendations: Offer: PG to charge + fine

Stipulations:

## JUDGE

- [x] ACCEPT Prosecutor's recommendation and Defendant Plea
- [ ] REJECT Prosecutor's recommendation and Defendant Plea
- [ ] ACCEPT Defendant Plea (No Prosecutor Requested)

Additional Order:

| | Points | Fine |
|---|---|---|
| Count 1: | | |
| Additional | | |

| | Points | Fine |
|---|---|---|
| Count 2: | | |

Additional Conditions: Cont. case to Sept 28th
D to meet w/ Bennett Code Enf.
to discuss property +
compliance

**COURT COSTS (circle)**

| | |
|---|---|
| Jury Trial ($25/$75) | |
| CC | $35.00 |
| SOE | $25.00 |
| OJW | $30.00 |
| BW | $75.00 |
| CS | $25.00 |
| Default | $30.00 |
| Deferred | $75.00 |
| FTA | $25.00 |
| FTP | $25.00 |

Total Due $

## COURT CLERK

| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# BENNETT MUNICIPAL COURT

## PAYMENT AGREEMENT & SENTENCE CONDITIONS

Bennett Municipal Court
207 Muegge Way
Bennett, CO  80102
303-644-3249 x1001

**DEFENDANT NAME:** Witt, E

**CASE #** B6731

Note 8-24-2022

| Description | Amount Due | |
|---|---|---|
| Fine Amount | $ | 30 Day cont. review for compliance |
| Court Cost | $35 | |
| Stay of Execution | $25 | |
| Deferred Judgment Fee | $50 | Months ____ Review On: 9/28/2022 |
| Community Service | $25 | Hours ____ Completed By: |
| Default Judgment Fee | $30 | |
| Bench Warrant | $75 | |
| Other | | |
| **TOTAL DUE** | $ | Pay Today: _____ and/or Payment Arrangement: $_____ due by the ____ day of each month beginning _____ until paid in full. |

### ADDITIONAL CONDITIONS

| | | |
|---|---|---|
| Class ☐ Alcohol/Drug ☐ Theft | ____ Day/Hours | Completed By: |
| Drug Testing/UA | ____ x Month For ____ months | Completed By: |
| No Further Violations | | Through |

I agree to pay the total amount due on or before the due date above. I understand additional penalties noted above will be enforced due to non-compliance with payment agreement or sentencing conditions.

Date:_____

Defendant_____   Parent of Minor_____

**All Payments should be mailed to: Town of Bennett Municipal Court**
**207 Muegge Way**
**Bennett, CO 80102**
**or can be made online with a credit card at www.TownofBennett.org.  Please note there is a transaction fee for all credit card payments.**

| COURT CLERK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



**BENNETT MUNICIPAL COURT**
207 Muegge Way
Bennett, Colorado 80102-7806
303-644-3249 Ext. 1001

August 25, 2022

Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

Mr. Witt,

You appeared before the Bennett Court on August 24, 2022 for violating *BMC 13-3-80 Unlawful Use or Acquisition of Water*.

The hearing has been continued until September 28, 2022 at 6:00 p.m. with a review of compliance.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Christina Hart
Bennett Municipal Court Clerk
Town of Bennett

Case No. 1:23-cv-01550-SBP   Document 13-4   filed 07/17/23   USDC Colorado   pg 18 of 19





**Town of Bennett**
207 Muegge Way
Bennett, Colorado
80102-7806

Return Service Requested

CERTIFIED MAIL

7015 0640 0006 5584 5042

DENVER CO 802
18 MAY 2022 PM 2 L

NEOPOST   FIRST-CLASS MAIL
05/18/2022
US POSTAGE  $007.33

ZIP 80102
041M11451849

LN
5-21-22
RB

UNC

DP$

Eric Witt
170 Coolidge Court
Bennett, CO 80102

NAME _____
1ST NOTICE 5/21
2ND NOTICE 5/26

NIXIE   808  DE 1   0006/11/22
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 80102842507   *1468-02743-11-40

9326010680405163
80102-780270   UNC
80102-8425

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Eric Witt<br>170 Coolidge Court<br>Bennett, CO<br>80102<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0627 5183 5845 98 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☑ Priority Mail Express®<br>☑ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0006 5584 5042 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |