Eric Witt <ericwitt34@gmail.com>

## 170 Coolidge court
1 message

**Eric Witt** <ericwitt34@gmail.com>                                                Mon, Jul 25, 2022 at 6:02 PM
To: utility_billing@bennett.co.us

Payment made last Thursday. Please turn on water.
Eric witt
170 Coolidge Court bennett CO 80102


**Screenshot_20220725-180134_Chrome.jpg**
309K