Neighborhood Services
**Code Enforcement/Animal Control**
Incident Report



| Case#CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court Bennett | | County: Adams |
| Summons#: B6731 | Charges: Unlawful Use or Acquisition | Court date: 6/22/22 |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| S | Name: Eric Witt | | | | Phone: 720-496-9912 | |
|---|---|---|---|---|---|---|
| | Address: 170 Coolidge Court | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | | Race: |
| W | Name: Robert Sherer | | | | Phone: 303-349-4791 | |
| | Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | | Race: |
| W | Name: Mark Cowlishaw | | | | Phone: 303-501-6568 | |
| | Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | | Race: |

**Statement:** May 17th, 2022 I was assigned as a Community Services Officer for the Town of Bennett. At approximately 4:40p I was advised by Mrs. Trish Stiles, Town Administrator, that Mr. Eric Witt of 170 Coolidge Court, Bennett, Colorado 80102 needed to be summoned to court for violating Town Municipal Code 13-3-80 Unlawful Use or Acquisition (water). I initiated an investigation into the incident and determined the following:

February 8th, 2022 Mr. Mark Cowlishaw and Mr. Robert Sherer shut off the water supply to 170 Coolidge Court, Bennett, Colorado 80102 due to non-payment of the water bill. On May 17th, 2022 Mr. Cowlishaw and Mr. Sherer returned to the address and discovered the water had been turned back on at some point between the two dates. The water was again shut off and an attempt, by Officer Keith Buono, was made to issue a summons to Mr. Witt but to no avail. Mr. Witt was sent a summons by certified mail via the United States Post Office for a court date of June 22, 2022. On May 23rd, 2022 I obtained Witness statements from Mr. Cowlishaw and Mr. Sherer pertaining to the incident at 170 Coolidge Court. They also advised that the water had been turned back on since the last shut off on May 17th, 2022, and that it had been shut off again with a lock being placed on it to prevent further tampering. This incident referred to the Community Services Supervisor for further review.

| Officer Signature: *[signature]* | Date: 5/23/22 |
|---|---|

PAGE 1

**Neighborhood Services**
**Code Enforcement/Animal Control**
**Witness statement**



| Case# CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court | | Type of Incident: Unlawful Use or Acquisition |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| W | Name: Mark Cowlishaw | Phone: 303-501-6568 |
|---|---|---|
| | Address: 207 Muegge Way | City/State/Zip: Bennett, CO 80102 |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

On 2-8-2022 I shut the water off at 170 Coolidge CT. for non payment. We checked it on 5/17/2022 and the water was turned on, I then turned the water back off on 5-17-2022. On 5-23-2022 the water was turned back on so I turned it back off and put a ~~toe~~ lock on it.

Witness Signature: Mark Cowlishaw

Date: 5-23-2022

PAGE 1

**Neighborhood Services**
**Code Enforcement/Animal Control**
**Witness statement**



| Case# CE22-0019 | Date/Time Reported: 5/17/22 4:40p | Date/Time of Incident: 2/8/22 |
|---|---|---|
| Location of Incident: 170 Coolidge Court | | Type of Incident: Unlawful Use or Acquisition |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| W | Name: Robert Shever | Phone: 303-349-4791 |
|---|---|---|
| | Address: 207 Muegge Way | City/State/Zip: Bennett Co 80102 |
| | d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

On 2-8-2022 the water was shut off at 170 Coolidge for non payment.
On 5-17-2022 we checked the pit and the water was on. We shut it off
On 5-23-2022 we checked the pit and the water was on we shut it off and placed a padlock on the valve.

Witness Signature: Robt Rsh

Date: 5-23-2022

PAGE 1

Town of Bennett · 207 Muegge Way· Bennett, CO 80102 · 303-644-3249 · townofbennett.colorado.gov