

Town of Bennett
Utility Department

207 MUEGGE WAY
BENNETT, COLORADO
80102-7806
(303) 644-3249
utlity_billing@bennett.

**DELINQUENT NOTICE**

12/01/2022

ERIC WITT
170 COOLIDGE COURT
BENNETT CO 80102

AMOUNT OF DELINQUENCY: You are hereby notified that your water/sewer account, with the Town of Bennett for Account # 12113.01 is delinquent in the amount of $ 159.43. The total account balance is $ 311.83.

The Delinquent amount is due by the end of business on 12/26/2022 to avoid disconnection of service.

If service is disconnected the balance will be due before service is restored.

Utility bills are always due on the 26th of the month, or the next business day

YOU CAN NOW PAY BY CREDIT CARD OR ELECTRONIC CHECK ON-LINE AT
townofbennett.colorado.gov
NIGHT AND AFTER HOURS DROP BOX LOCATED IN FRONT OF TOWN HALL