

Eric Witt <ericwitt34@gmail.com>

## Re: URGENT aggravated intimidation of a witness or victim
1 message

**Royce D. Pindell** <rpindell@bennett.co.us>                                     Tue, Jan 3, 2023 at 3:35 PM
To: Eric Witt <ericwitt34@gmail.com>, Melinda Culley <melinda@kellypc.com>, Trish Stiles <tstiles@bennett.co.us>

The town has referred this matter to our legal staff and I request all correspondence and contact go through their office.

Mayor Royce Pindell

On Sun, Dec 25, 2022 at 3:30 PM Eric Witt <ericwitt34@gmail.com> wrote:

> Mr. Mayor,
>
> I am starting off by saying I am concerned about contacting any town member to handle this but I'm giving you the opportunity to investigate and I'm following the chain of command. Please don't make me regret it as this involves some very serious matters. Here is the unofficial escalation of events. I tried to forget about this to enjoy the holidays, but I can't. I didn't have my son come over for Christmas because of this.
>
> After the last email, I sent regarding my water being disconnected nearly two weeks early compared to the letter sent to me from the utility office. I have received no explanation as to why that happened to date. In my email that was sent to the town and keep in mind, it was not addressed to any one person. I pled my case as to the unfairness of the situation and made a statement that I felt I was being harassed and to please stop or I will seek civil litigation. When I called the town's utility department, I believe it was Brenda who answered and immediately said she felt threatened by my email. Which was precisely my point to threaten civil litigation which is not illegal, and I explained it as such. She told me she would have someone call me back and never did. My water eventually got turned back on after two days without water.
>
> I had a court hearing scheduled 12/21 in the town of Bennett. For my protection, I reviewed Colorado recording laws as it is a single-consent state. I was a party to the conversation and so consented to record all my interactions with public officials that date. I went in earlier that day to file a counterclaim against the judge and prosecution. It should be filed if not I have filed stamped copies from the clerk. When I showed up for court later that night. There were two Adams County sheriffs if I remember correctly. Either way, two armed sheriffs were on duty in the court. This was the first time I had ever seen armed police in court. I had been there two previous times and they weren't there. They stayed outside the courtroom where I was told to sit until called by the judge. The 2 sheriffs remained outside the courtroom with me until a few minutes before my case was called. I spoke with one of them just after entering about how freezing cold it was. He seemed nice enough until I was called into the courtroom. As I'm trying to conduct my case, I hear your employee Sonya Zimmerman (I think is her name). Saying to the cop loud enough the entire courtroom could hear "He's such a tweaker" I look over and the Sherriff and she are looking directly at me and she had her finger pointed. She continued disrupting my case with other derogatory statements with the two sheriffs standing next to her. Every time I said something regarding the case. The content from me of the case was me objecting to various issues and stating I had a claim against the judge and prosecutor. I would hear grunts, grumbles, and remarks from Sonya and the officer. I looked over at them one time the judge even elevated his voice to distract my attention back to him. The judge in this case has a responsibility to report such actions and if he didn't, he does not qualify for immunity and should be dealt with accordingly. Anytime in the past in other courts, if someone is being loud the judge would regain the order of the court and say something to that person. That didn't happen. The posture of the sheriff was very disturbing as he glared at me every time I looked over in their direction because I could hear what she was saying, and other people were in the courtroom audience closer than me hearing her say the same. On top of it being extremely embarrassing and untrue. I felt extremely threatened and still do by what she was saying and how the sheriff was consistently glaring at me while armed with a firearm. Her actions were very inappropriate, definite misconduct, and mind you I have no such record that would affirm her untrue, inappropriate, extremely offensive statements. Aside from but not limited to, the embarrassment, fear of harm, and humiliation she induced. This is clearly retaliation and much more from my counterclaim and email for the water cut-off. I've never even met this woman! I can't believe she would act like this. I'm very concerned, to say the least, that this isn't the end of it if something isn't done immediately. Below are but not limited to the statutes I found were violated.
>
> COLORADO REVISED STATUTES

18-8-111(h) harassment

18-8-110(4) public buildings

18-8-106(a) disorderly conduct

18-8-706(1) retaliation against victim or witness

18-8-705(b) intimidation of a witness or victim

18-8-704(1) aggravated intimidation of a witness or victim

18-8-404(a) first-degree official misconduct

18-8-403(a) official oppression

18-8-111(b)(d) false reporting

Again, this was very concerning behavior from a public servant. I am concerned for my safety and scared to go outside my house. If this is how they act in public with witnesses, I can't imagine how they would act when nobody is looking. I am assuming the only reason the sheriffs were there is because of her doing and specifically for intimidating me for bringing a lawsuit against her judge and prosecutor. This is completely unacceptable behavior by government employees and is an apparent intimidating retaliation to my challenge of the court and countersuit involving government officials. Well, I must say. It most definitely worked. I am scared for my life, especially from what appeared to be nothing less than a psychopathic gaze from an armed law enforcement officer initiating enticement and false information from a town employee. I would like the badge numbers and names of those officers immediately. It must be reported to their superior, so it hopefully stops any other potential injury to me or my family.

I am expecting a prompt response, a plan of corrective action, frequent updates of disciplinary actions, and safeguards put in place for my and my family's safety in this matter ASAP.

Regards,

Eric Witt

P.S.

This is only one string of events. There are several other concerning issues that I will have to add later. This needed immediate attention. Some of the other issues are from a high level. Bennett fire department breached my property without a warrant. Several thousand dollars spent to save my K9 completely draining me when already in hardship. Bennett fire department was dishonest and denied public records of radio transcripts for the event. A warrant was issued for my arrest from a faulty and improperly served summons. Meritless charges were brought against me by the town prosecution. Restricting my access to water for 6 days when the bill was %100 paid in full. The list goes on and on, this most recent occurrence is the most concerning as it involved intimidation involving people with firearms. When I have time, you will get a full report. I am fed up with this treatment but, i won't allow my fear to paralyze me and will do everything within my legal bounds to make sure it stops, and injuries are cured.