

Eric Witt <ericwitt34@gmail.com>

## Re: Changes to Public Records Request: Eric Witt
1 message

**Christina Hart** <chart@bennett.co.us>                                    Mon, Jan 23, 2023 at 11:45 AM
To: Eric Witt <ericwitt34@gmail.com>

Mr. Witt,

The Town of Bennett is in receipt of your request.  There is no video footage from any of the court hearings.

Respectfully,
Christina



*Christina Hart | Town Clerk*
*207 Muegge Way | Bennett CO, 80102*
*(303)644-3249 ext. 1001 | chart@bennett.co.us*
*townofbennett.colorado.gov*

On Mon, Jan 23, 2023 at 11:44 AM Alison Belcher via Smartsheet <automation@app.smartsheet.com> wrote:

## smartsheet

### Public Records Request
Changes since 1/23/23 11:42 AM

**1** row added

**1** row added or updated (shown in yellow)

Row 43

| | |
|---|---|
| **Status** | |
| **Due Date** | |
| **Requested By: Name** | Eric Witt |
| **Email** | ericwitt34@gmail.com |
| **Phone Number** | 7204969912 |
| **Address** | 170 Coolidge Court<br>Bennett, CO 80102 |
| **Date Requested** | 12/21/22 |
| **Notification Preference** | Email |
| **Records Requested** | 12/21/2022 all courtroom video footage during my hearing |
| **Column8** | ☑ |
| **Signature Name** | Eric Witt |

Changes made by web-form@smartsheet.com

You are receiving this email because you are subscribed to a workflow "Untitled Workflow" (ID# 2623491150243716) on sheet Public Records Request
Exclude your changes from all notifications | Unsubscribe
Powered by Smartsheet Inc. | Privacy Policy | Report Abuse/Spam