# Gmail

Eric Witt <ericwitt34@gmail.com>

## RE: URGENT immediate response required
1 message

**Melinda Culley** <melinda@kellypc.com>                                          Tue, Jan 17, 2023 at 9:15 AM
To: Eric Witt <ericwitt34@gmail.com>

Mr. Witt,

The Freedom of Information Act applies to federal agencies; it does not apply to the Town of Bennett. Instead, the Colorado Open Records Act (CORA) is the law applicable to your records request. As I mentioned in my prior email, CORA authorizes the Town to charge a research and retrieval fee after the first hour in connection with any records request.

Specifically, C.R.S. Sec. 24-72-205(6) states:

> (a)   A custodian may impose a fee in response to a request for the research and retrieval of public records only if the custodian has, prior to the date of receiving the request, either posted on the custodian's website or otherwise published a written policy that specifies the applicable conditions concerning the research and retrieval of public records by the custodian, including the amount of any current fee. Under any such policy, the custodian shall not impose a charge for the first hour of time expended in connection with the research and retrieval of public records. **After the first hour of time has been expended, the custodian may charge a fee for the research and retrieval of public records that shall not exceed thirty dollars per hour.**
>
> (b)  On July 1, 2019, and by July 1 of every five-year period thereafter, the director of research of the legislative council appointed pursuant to section 2-3-304 (1) shall adjust the maximum hourly fee specified in subsection (6)(a) of this section in accordance with the percentage change over the period in the United States department of labor, bureau of labor statistics, consumer price index for Denver-Aurora-Lakewood for all items and all urban consumers, or its successor index. The director of research shall post the adjusted maximum hourly fee on the website of the general assembly.

Pursuant to C.R.S. Sec. 24-72-205 (6) (b), the research and retrieval fee was increased for inflation from $30.00 to $33.58 in 2019.  See the attached memo from the Colorado Director of Research regarding the increase.

If you have any other questions, please let me know.  Thank you.

**Melinda A. Culley**

Kelly PC

999 18th Street, Suite 1450S

Denver, CO  80202

P: (303) 298-1601 x212

F: (303) 298-1627

Cell: (316) 640-1013



******* CONFIDENTIALITY NOTICE *******

This electronic transmission contains information from the law firm of Kelly PC, which may be confidential or protected by the attorney-client privilege, work product doctrine, or both.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message.

**From:** Eric Witt <ericwitt34@gmail.com>
**Sent:** Saturday, January 14, 2023 1:15 AM
**To:** Melinda Culley <melinda@kellypc.com>
**Subject:** Fwd: URGENT immediate response required

Ms Culley,

Below is The Freedom of Information act 5 U.S.C. section 552

This shows the towns policies are not in harmony with the United States Code.

The Freedom of Information Act 5 U.S.C. § 552,

(4)(A)(iii)

(iii) Documents shall be furnished without any charge or at a charge reduced below the fees established under clause (ii) if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding

of the operations or activities of the government and is not primarily in the commercial interest of the requester.

[MY NOTE BELOW]

I should not be charged as I have informed the Mayor of Bennett as well as administrative staff of a public servant town employee violating federal law involving intimidating with a firearm. This will most definitely contribute significantly to public understanding of the operations or activities of the government.

 [STOP NOTE]

(4)(a)(iv)(II)

(II) for any request described in clause (ii)(II) or (III) of this subparagraph for the first two hours of search time or for the first one hundred pages of duplication.

 [MY NOTE BELOW]

Town of bennett charges after 1 hour which is a clear violation of federal law

[End note]

(4)(a)(v)

(v) No agency may require advance payment of any fee unless the requester has previously failed to pay fees in a timely fashion, or the agency has determined that the fee will exceed $250.

[My note below]

NO ADVANCED PAYMENT. I have no other records request so I have never failed to pay. Proving another violation of law and restriction of my rights.

[End note]

(F) Whenever the court orders the production of any agency records improperly withheld from the complainant and assesses against the United States reasonable attorney fees and other litigation costs, and the court additionally issues a written finding that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding, the Special Counsel shall promptly initiate a proceeding to determine whether disciplinary action is warranted against the officer or employee who was primarily responsible for the withholding. The Special Counsel, after investigation and consideration of the evidence submitted, shall submit his findings and recommendations to the administrative authority of the agency concerned and shall send copies of the findings and recommendations to the officer or employee or his representative. The administrative authority shall take the corrective action that the Special Counsel recommends.

(4)(a)(v) and (4)(a)(vi)

(v) For purposes of this subparagraph, the term "compelling need" means-- (I) that a failure to obtain requested records on an expedited basis under this paragraph could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or (II) with respect to a request made by a person primarily engaged in disseminating information, the urgency to inform the public concerning actual or alleged Federal Government activity.

[MY note below]

I without a doubt have demonstrated a compelling need, explaining to several Town Of Bennett employees that I am scared for my life. Plus there is a definite urgency to inform the public about public safety from corrupted government officials post-investigation. below in this email, I will send the emails I sent to the Town staff. It proves what I state as being FACT.

 I have a compelling need for these documents, and it is a matter of potential harm to me and others. I, Eric Witt certify, that I do recognize a threat to life or potential physical harm to be true and correct to the best of my knowledge and belief. I expect the records to be expedited without charge in regard to the above FEDERAL U.S.C and the information I provided.

Eric Witt

---------- Forwarded message ---------
From: **Eric Witt** <ericwitt34@gmail.com>
Date: Mon, Jan 2, 2023, 7:55 PM
Subject: URGENT immediate response required
To: <tstiles@bennett.co.us>, <rsummers@bennett.co.us>, Taeler Houlberg <thoulberg@bennett.co.us>

### NOTICE:

Town of Bennett (administrative government employees),

A response is needed for the below concerns on what actions if any are being and/or in process of being and/or planned on being executed by the Town of Bennet by end of 01/03/2023
**[Speaking freely:]**

   [I emailed the mayor a week ago, have heard nothing, requested records over a week ago and don't have them. (see below: **Mayor [e]mail**)  The "**mayor [e]mail**", will give more detail of this problem. As my last courtesy to the Town of Bennett, I am reaching out. This is the last time I will, just in case I had the wrong email or the mayor didn't receive my email for whatever reason. Although I sure have a feeling, a feeling derived from the Town of Bennetts' actions and lack thereof, that the employees of the town are not wanting to do what's best for me. Like it is Town of Bennett employees Vs one of the people of Bennett (me). When it should be something like this in a government for We The People. "let's pull these records and make sure we don't have public servants' mistreating the public". I have mounds of other evidence regardless, the town not pulling these records just adds to my evidence. Anyway, the government was put in place with the power and authority it has today to "protect" us (We The People). We established a trust in the 1930s and expect the government to be on our side. Even surrendering rights to all substantial surety in the 1930s. This trust is in place with fiat currency still in use.  We handed over all surety rights in exchange for you to protect us from injury by big business and others. You are supposed to be on the SAME side of the table as me. Just like how you protected us from the cigar, dairy, and beef industries. My experience with the Town of Bennett as a whole is you have only caused me injury. The question is why? I mind my own business, and maybe that's just it. I know and have witnessed personally in court, how simple-minded folks start and engage in rumors. I must say it's sad to see some of the positions held in the highest regard of the government based their official duty judgments and actions on their ears instead of their eyes, fiction, from childish gossip rather than a matter of fact. That said, I appear specially to straiten this out. I am here to remind you of that active trust we established as part of The Big Deal with embedded House Joint Resolution Public Law. You ARE to protect me, you work for MY best interest and you are on MY SIDE of the table. NOT the other way around. You all have a duty to work in MY best interest. As well as a duty to operate the government with clean hands, for the best interest of We The People. Now, for whatever debt your claiming I owe for public records. I received your presentment from the records department and I conditionally accept that presentment. The conditions along with the remedy for debt will be mailed to whoever is the answer to the question at the end of this paragraph. I appoint a qualified government official as the fiduciary. One who is appointed as a primary holder for the minor. One with managerial and custodial authority (for example a judge) over the entity. I have no problem with approving that transaction to a knowledge-based custodian and government employee with proper authority over the entity. I will get the paperwork ready. Who has the capacity and authority to handle such transactions in the town of Bennett?]

**End: [Speaking freely]**

**MY  Records Request:**

   Please, pull the records immediately. I want them reviewed by the administration immediately. I want them inspected for derogatory remarks from the Town of Bennett employee(s) and any other government employee(s). I want the videos inspected for Threatening postures from the armed public servants and any other public servants and the names and/or employee ID(s) of those government employee(s). Pull my formally requested records for administrative review immediately. That will preserve them for my evidence as well as whatever the administration may or may not use. I just want to be clear. I'm not asking you for permission. I am telling you, please, pull my rightful public records I requested immediately and have them thoroughly reviewed by staff immediately. I also, insist the Town of Bennett pull any other record, conduct and record interviews with individuals to get relevant information related to any wrongdoing to myself and/or any other one of We The People of Bennett by any government employee(s). This is a very serious matter making

intimidating and threatening actions toward a victim or witness. My proof is audio of incident, my file stamped copy of a claim against public officials filed earlier that day of the incident, and the nature of my statements in live court regarding the countersuit. Without a doubt classifying me as a witness or victim.  (see below: **copied [e]mail** I received for records request details)

    Furthermore, who is the third party that is the custodian of video surveillance records for the Town of Bennett buildings/property?

Regards,

Your fiduciary duty [beneficial title holder: ERIC MATHEW WITT]

Without prejudice UCC 1-308

**Copied [e]mail**:

Notice: added italic and parentheses removed from request.

Mr. Witt,

The Town of Bennett ("Town") is in receipt of your second public records request. The request is listed below:

All requests are pursuant to C.R.S. § 24-72-202(7). And (P.A.I.R.R.).

 1) I am requesting all government provided cellphone, tablet, laptop, desktop and/or any other electronic device used for communication by Sonya Zimmerman's on duty records. these records including but not limited to text messages, voicemails, emails and/or any other web-based messaging site and/or installed software and/or application.

2) as well as any government service providers records for including but not limited to text messages, voicemails, emails and/or any other web-based messaging site and/or installed software and/or application.

3) also, an IT forensic audit performed to recover official related deleted text messages, voicemails, emails and/or any other web-based messaging site and/or installed software and/or application on all government provided cellphone, tablet, laptop, desktop and/or any other electronic device used for communication by Sonya Zimmerman's on duty.

4) All handheld and/or vehicle mount and/or stationary radio broadcast transcripts cast by Sonya Zimmerman.

5) I want to know who the custodian of records for video camera footage on, in and around Town of Bennett government buildings and any contact information the town of Bennett government employees have to establish communication with the handler of such records. As well as any identification numbers used by town of Bennett government employees to reference specific cameras (example: "courtroom camera 2")

6) If any of the records in numbers 1-4 are not in the town of Bennett's or Town of Bennett government employee's custody. I want any contact information the town of Bennett government employees have to establish communication with the handler of such records.

7) All above mentioned in regards to the duration of the entire date 12/21/2022 where such devices were used in an official duty related capacity….

Pursuant to the Colorado Open Records Act, C.R.S. 24-72-201, et. seq., the Town has three business days to respond. Town Hall was closed from December 22nd - December 26th, 2022. A full response will be provided to you by 5:00 p.m. on December 29, 2022 following the receipt of your deposit as outlined below.

Per the Town's Open Records Fee Schedule, a research and retrieval fee of $33.58 per hour based on actual time spent in excess of one hour to retrieve and compile the information requested can be assessed. The Town is estimating the retrieval time to be three hours for the above request, which requires a deposit of $67.16. Please note additional fees could be assessed if the time exceeds three hours. You will also be refunded the proportional amount of your deposit if the retrieval and compiling time is less than three hours. If you would like to modify your request so that it is not in excess of one hour, you can do that as well.

Town Hall is open today until 5:00 p.m and tomorrow from 7:00 a.m. to 5:00 p.m. You can come in at any time during those hours to pay the deposit.

Respectfully,

End: copied [e]mail:

Mayor [e]mail:

Mr. Mayor,

I am starting off by saying I am concerned about contacting any town member to handle this but I'm giving you the opportunity to investigate and I'm following the chain of command. Please don't make me regret it as this involves some very serious matters. Here is the unofficial escalation of events. I tried to forget about this to enjoy the holidays, but I can't. I didn't have my son come over for Christmas because of this.

 After the last email, I sent regarding my water being disconnected nearly two weeks early compared to the letter sent to me from the utility office. I have received no explanation as to why that happened to date. In my email that was sent to the town and keep in mind, it was not addressed to any one person. I pled my case as to the unfairness of the situation and made a statement that I felt I was being harassed and to please stop or I will seek civil litigation. When I called the town's utility department, I believe it was Brenda who answered and immediately said she felt threatened by my email. Which was precisely my point to threaten civil litigation which is not illegal, and I explained it as such. She told me she would have someone call me back and never did. My water eventually got turned back on after two days without water.

I had a court hearing scheduled 12/21 in the town of Bennett. For my protection, I reviewed Colorado recording laws as it is a single-consent state. I was a party to the conversation and so consented to record all my interactions with public officials that date. I went in earlier that day to file a counterclaim against the judge and prosecution. It should be filed if not I have filed stamped copies from the clerk. When I showed up for court later that night. There were two Adams County sheriffs if I remember correctly. Either way, two armed sheriffs were on duty in the court. This was the first time I had ever seen armed police in court. I had been there two previous times and they weren't there. They stayed outside the courtroom where I was told to sit until called by the judge. The 2 sheriffs remained outside the courtroom with me until a few minutes before my case was called. I spoke with one of them just after entering about how freezing cold it was. He seemed nice enough until I was called into the courtroom. As I'm trying to conduct my case, I hear your employee Sonya Zimmerman (I think is her name). Saying to the cop loud enough the entire courtroom could hear "He's such a tweaker" I look over and the Sherriff and she are looking directly at me and she had her finger pointed. She continued disrupting my case with other derogatory statements with the two sheriffs standing next to her. Every time I said something regarding the case. The content from me of the case was me objecting to various issues and stating I had a claim against the judge and prosecutor. I would hear grunts, grumbles, and remarks from Sonya and the officer. I looked over at them one time the judge even elevated his voice to distract my attention back to him. The judge in this case has a responsibility to report such actions and if he didn't, he does not qualify for immunity and should be dealt with accordingly. Anytime in the past in other courts, if someone is being loud the judge would regain the order of the court and say something to that person. That didn't happen. The posture of the sheriff was very disturbing as he glared at me every time I looked over in their direction because I could hear what she was saying, and other people were in the courtroom audience closer than me hearing her say the same. On top of it being extremely embarrassing and untrue. I felt extremely threatened and still do by what she was saying and how the sheriff was consistently glaring at me while armed with a firearm. Her actions were

very inappropriate, definite misconduct, and mind you I have no such record that would affirm her untrue, inappropriate, extremely offensive statements. Aside from but not limited to, the embarrassment, fear of harm, and humiliation she induced. This is clearly retaliation and much more from my counterclaim and email for the water cut-off. I've never even met this woman! I can't believe she would act like this. I'm very concerned, to say the least, that this isn't the end of it if something isn't done immediately.  Below are but not limited to the statutes I found were violated.

COLORADO REVISED STATUTES

18-8-111(h) harassment

18-8-110(4) public buildings

18-8-106(a) disorderly conduct

18-8-706(1) retaliation against victim or witness

18-8-705(b) intimidation of a witness or victim

18-8-704(1) aggravated intimidation of a witness or victim

18-8-404(a) first-degree official misconduct

18-8-403(a) official oppression

18-8-111(b)(d) false reporting

Again, this was very concerning behavior from a public servant. I am concerned for my safety and scared to go outside my house.  If this is how they act in public with witnesses, I can't imagine how they would act when nobody is looking. I am assuming the only reason the sheriffs were there is because of her doing and specifically for intimidating me for bringing a lawsuit against her judge and prosecutor. This is completely unacceptable behavior by government employees and is an apparent intimidating retaliation to my challenge of the court and countersuit involving government officials. Well, I must say. It most definitely worked. I am scared for my life, especially from what appeared to be nothing less than a psychopathic gaze from an armed law enforcement officer initiating enticement and false information from a town employee. I would like the badge numbers and names of those officers immediately. It must be reported to their superior, so it hopefully stops any other potential injury to me or my family.

I am expecting a prompt response, a plan of corrective action, frequent updates of disciplinary actions, and safeguards put in place for my and my family's safety in this matter ASAP.

Regards,

Eric Witt

P.S.

This is only one string of events. There are several other concerning issues that I will have to add later. This needed immediate attention. Some of the other issues are from a high level. Bennett fire department breached my property without a warrant. Several thousand dollars spent to save my K9 completely draining me when already in hardship. Bennett fire department was dishonest and denied public records of radio transcripts for the event. A warrant was issued for my arrest from a faulty and improperly served summons. Meritless charges were brought against me by the town prosecution. Restricting my access to water for 6 days when the bill was %100 paid in full. The list goes on and on, this most recent occurrence is the most concerning as it involved intimidation involving people with firearms. When I have time, you will get a full report.  I am fed up with this treatment but, i won't allow my fear to paralyze me and will do everything within my legal bounds to make sure it stops, and injuries are cured.

End: Mayor [e]mail

End [e]mail: notice


r19-717_update_cora_fee.pdf
199K