DEC 21 '22 PM 3:48

# THE UNITED STATES DISTRICT
# DISTRICT OF COLORADO
# COUNTY OF ADAMS
# TOWN OF BENNETT MUNICIPAL COURT

Joe Lico (prosecuting attorney) *also referred to as plaintiff*

Shawn Day (Judge) Party *added to the case via counterclaim also referred to as judge*

      "Plaintiffs",

V                                            Case Number CE22-0005

                                                     CE22-0019

ERIC WITT

      "Defendant(s)"

## COUNTERCLAIM FOR 1.5 MILLION DOLLARS AGAINST (Judge) Shawn Day FOR DISMISSING PLAINTIFF'S JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, FOR PRACTICING LAW FROM THE BENCH, FOR PROCEEDING IN THE CASE WITHOUT SUBJECT MATTER JURISDICTION IN A NON-COURT OF RECORD, FOR PROCEEDING IN THE CASE WITHOUT PROPER SERVICE IN VIOLATION OF DEFENDANT'S "DUE PROCESS', ALSO AGAINST Joe Lico PURSUANT TO RULE 11 FOR NOT VERIFYING AN INJURED PARTY AND IMPROPER SERVICE ALSO IN VIOLATION OF DEFENDANT'S "DUE PROCESS' AND FRIVOLOUS FILING WITHOUT STANDING.

Comes Now defendant Eric Witt before this court by special appearance. Eric Witt objects not being properly served according to CRCP. Eric Witt objects to the court issuing a warrant for an improperly served summons.. Eric Witt objects to the Judge practicing law from the bench by acting as legal counsel for the plaintiff when the judge answered to the defendant's jurisdictional challenge for the plaintiff. The defendant Eric Witt also objects to the judges answer to the questioned jurisdiction when he failed to answer to all 30 questions in the jurisdictional challenge. The defendant also objects to judge's dismissal of the jurisdiction challenge and the injuries in fact stated for being "without merit". The defendant also objects to the judge moving forward in the case without jurisdiction after the defendant the challenged jurisdiction be proven on the record with an affidavit. The defendant also objects to all actions post jurisdictional challenge, including

Page **1** of **8**

but not limited to, the ordered continuance to seek legal counsel. All of the judges actions after the challenge are void from lack of jurisdiction. **B.A.R.** members are expected to perform a reasonable "Pre-filing investigation." Rule 11 states in part that attorneys must not file suit without evidentiary support for the allegations contained in the complaint. The law the plaintiff is using to prosecute the defendant is not valid law. The Colorado constitution states a valid law must contain the enacting claws, a title and a body. The burden of proof for a jurisdictional challenge, once questioned lies on the plaintiff. Be it as the judge inadequately and improperly answered to the jurisdictional challenge as counsel for the plaintiff. It exposed an impartiality of the judge's biased demeanor for the prosecution. In addition, Be it the fact the burden of proof for a jurisdictional challenge is to be addressed by the plaintiff on a point-by-point basis. The judge had no jurisdiction to respond for the plaintiff and continued forward without jurisdiction. The following is only a few of many case law was provided in by the defendant for the court in the jurisdictional challenge with an affidavit.

"Where there is no jurisdiction over the subject matter, there is no discretion to ignore that lack of jurisdiction." *Joyce v. US*, 474 F2d 215.

"Generally, a plaintiff's allegations of jurisdiction are sufficient, but when they are questioned, as in this case, the burden is on the plaintiff to prove jurisdiction." *Rosemond v. Lambert*, 469 F2d 416.

"Judgment rendered by court which did not have jurisdiction to hear cause is void ab initio." *In Re Application of Wyatt*, 300 P. 132; *Re Cavitt*, 118 P2d 846. "It is elementary that the first question which must be determined by the trial court in every case is that of jurisdiction." *Clary v. Hoagland*, 6 Cal.685; *Dillon v. Dillon*, 45 Cal. App. 191,187P. 27.

In addition, forcing the defendant out of common law jurisdiction deceptively giving the defendant 4 options. None of which were addressing the questions to the jurisdiction to be established on the record. In addition to acting outside his judicial capacity after the jurisdiction was challenged with 30 questions to the courts subject matter jurisdiction and the defendant asked for the challenge to be proven on the record with an affidavit. Then disregarding the defendant's jurisdictional challenge and the judge continued to move forward with the case. . He derprivitly, deceptively, knowingly and without any notice to the plaintiff or the defendant. Continued in the case by attempt to establish statutory law in a "Nisi Prius" non-court of record. This behavior from the judge felt to the defendant as and reflected to coercion, deceptive and unethical and deprived the defendants civil rights. Government officials do not have immunity when they operate outside of their Jurisdiction. The government has no complaints from any injured citizens and therefore had no jurisdiction to issue their summons for Eric Witt. A majority of decisions have held that if an inferior judge acts maliciously or corruptly he may incur liability. Kalb v. Luce, 291 N.W. 841, 234, WISC 509. A judge's failure to follow simple guidelines of their post and or the rule of law makes a judge's action no longer a judicial act but an Individual act as the act represents their prejudices and goals. Case Law also states that when a judge acts as a trespasser of the law when a judge does not follow the law, he then loses subject matter jurisdiction and the Judges orders are

void, of no legal force or e[ffec]t. In a limited government, a governm[ent l]imited by the constitution, the violation of a citizen's rights should never be justified due to the overriding government goals or objectives, and no branch of the government should be allowed to extend its power beyond its legal limits. Case Law has proven that judicial immunity is not absolute.

## 28 USC Ch. 21: GENERAL PROVISIONS APPLICABLE TO COURTS AND JUDGES

### §454. Practice of law by justices and judges

**Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.**

### Service of Process

Colorado rules of civil procedures states the following for issuance of summons: **(e) Personal Service.** Personal service shall be as follows:**(1)** Upon a natural person whose age is eighteen years or older by delivering a copy thereof to the person, or by leaving a copy thereof at the person's usual place of abode, with any person whose age is eighteen years or older and who is a member of the person's family, or at the person's usual workplace, with the person's supervisor, secretary, administrative assistant, bookkeeper, human resources representative or managing agent; or by delivering a copy to a person authorized by appointment or by law to receive service of process.

*Rule 4 - Process*, Colo. R. Civ. P. 4

(f) Substituted Service. In the event that a party attempting service of process by personal service under section (e) is unable to accomplish service, and service by publication or mail is not otherwise permitted under section (g), the party may file a motion, supported by an affidavit of the person attempting service, for an order for substituted service.

The exhibit filed by the prosecuting attorney is proof service was issued improperly and the improper service was never received by the defendant.(see Exhibit filed by the plaintiff in the original complaint). The plaintiff failed to "file a motion , supported by an affidavit" to receive an "order for substituted service." as required by *Rule 4 – Process(f)*, Colo. R. Civ. P. 4.(f), (see the docket sheet for this case). The plaintiff has a duty to conduct a prefile investigation before filing. The plaintiff failed to conduct this investigation violating the defendants right to due process. The judge also has a duty to assure service is made properly before being able to establish jurisdiction. There was a bench warrant issued in direct effect to this improper service of process. The jurisdictional challenge filed by the defendant addressed this fatal flaw and the

Page 3 of 8

DEC 21 '22 PM8:49

judge continued in this case. The court didn't follow procedure for proper service causing extreme metal anguish to the defendant. The defendant is a single father and it would be detrimental to him and his offspring if he was placed under arrest for an illegal bench warrant. The defendant only received a summons after he contacted the courts in regards to a received notice of a bench warrant for failure to appear that was mailed to him.

Rule 4 - Process, Colo. R. Civ. P. 4

### Judicial Immunity Is Lost When a Judge Lacks Jurisdiction:

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. Rankin v. Howard, (1980) 633 F.2d 844, cert den. Zeller v. Rankin, 101 S. Ct. 2020, 451 U.S. 939, 68 L. Ed 2d 326.

Some officers of the court urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum, (that is absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing. Stump v. Sparkman, id., 435 U.S. 349. Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L. Ed. 646 (1872). **A Judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938).**

"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." Ableman v. Booth, 21 Howard 506 (1859).

No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law and are bound to obey it. United States v. Lee, 106 U.S. 196,220, 1 S.Ct. 240, 27 L.Ed. 171 (1882). Buckles v. King County 191 F.3d 1127, *1133 (C.A.9 (Wash.), 1999) **Purpose of statute that mandated that any person who under color of law subjected another to deprivation of his constitutional rights would be liable to the injured party in an action at law was not to abolish immunities available at common law but to ensure that federal courts would have jurisdiction of constitutional claims against state officials. Act March 3, 1875, 18 Stat. 470. Butz v. Economou 438 U.S. 478, 98 S.Ct. 2894 (U.S.N.Y.,1978).**

The Court in Yates v. Village of Hoffman Estates, Illinois, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in the exercise of his judicial function. ... **It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse. When a judge acts as a trespasser of the law, when a judge does not follow**

the law, the judge loses subject-matter jurisdiction and the judges' orders are void, of no legal force or effect."

Simmons v. United States, 390 U.S. 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law". Butz v. Economou, 98 S. Ct. 2-894(197-8); United State vs: Lee, 106- U.S. at 220, 1 S. Ct. at 261 (1882). "No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it."

**Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694. Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.**

Gonzalez v, Commission on Judicial Performance, {1983}-3-3-C- at- -- 3d 359,371,374. Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

### Eric Witt Objects To Having His Case Adjudicated In A Non- Court Of Record:

Eric Witt also object to the judge violating his right to due process by proceeding in a non- court of record whereby plaintiff has been stripped of his Constitutional Right to "Due Process" of law and forced to proceed under Statutory Law. When the court proceeds under statutory law the court is a "Nisi Prius" non-court of record whereby the plaintiff is stripped of his "Constitutional Rights" to Due Process

### Nisi Prius Non- Court Of Record

A nisi prius court is a court that exist because the defendant failed to object. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object (show cause) and therefore it follows that the person agrees to it. Or, conforming to the format in the preceding paragraph, a nisi procedure is a procedure to which a party agrees UNLESS he objects or shows cause. It is a matter of right that one may demand to be tried in a <u>court of record</u>. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties. For tactical reasons, the court prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties.

### A Court Of Record:

A "court of record" is a judicial tribunal having attributes and exercising functions **independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law**, its acts and proceedings being enrolled

DEC 21 '22 PM 8:49

for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

### Court Not Of Record:

Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231. "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are **not according to the course of the common law**." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652. The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that **a superior court may be shown not to have had power to render a particular judgment by reference to its record.** Ex parte Kearny, 55 Cal. 212. Note, however, that in California 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction **for the time being, no matter what its ordinary status may be**. Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579

"The judgment of a court of record whose jurisdiction is final is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]

### Common Law:

Common law is based on international laws that have been in place for centuries. It is recognized in the Constitution for the United States of America. All mentions of law in the Constitution refer to the common law, which was predominate practice at the time. Common law is rarely used now because it is harder for judges to take advantage of people in favor of government. After all, they are government employees. They know that they are merely magistrates in a common law court and do not have the authority to make decisions or orders. Common law has no statutes or codes and therefore, I' cannot be obligated to abide by them.

A real court of record is a court which must meet the following 5 criteria:

1. Generally has a seal.

2. Power to fine or imprison for contempt.

3. Keeps a record of the proceedings.

4. **Proceeding according to the common law (not statutes or codes).**

5. **The tribunal is independent of the magistrate (judge).**

DEC 21 '22 PM3:49

**Definition of Due Process of Law:**

"The essential elements of due process of law are notice, an opportunity to be heard, and the right to defend in an orderly proceeding." Fiehe v. R.E. Householder Co., 125 So. 2, 7 (Fla. 1929). "To dispense with notice before taking property is likened to obtaining judgment without the defendant having ever been summoned." Mayor of Baltimore vs. Scharf, 54 Md. 499, 519 (1880). "An orderly proceeding wherein a person is served with notice, actual or constructive, and has an opportunity to be heard and to enforce and protect his rights before a court having power to hear and determine the case. Kazubowski v. Kazubowski, 45 Ill.2d 405,259, N.E.2d 282, 290." Black's Law Dictionary, 6th Edition, page 500. "Aside from all else, 'due process' means fundamental fairness and substantial justice. Vaughn v. State, 3 Tenn.Crim.App. 54,456 S.W.2d 879, 883." Black's Law Dictionary, 6th Edition, page 500.

Owen v. City of Independence. "The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."

Ryan v. Commission on Judicial Performance, (1988) 45 Cal. 3d 518, 53-3. Before sending a person to jail for contempt or imposing a fine, judges are required to provide due process of law, including strict adherence to the procedural requirements contained in the Code of Civil Procedure. Ignorance of these procedures is not a mitigating but an aggravating factor.

Duncan v. Missouri, 152 U.S. 377,382 (1894). Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government."

**Demands:**

The defendant demands the Judge to dismiss charges by the plaintiff in this frivolous case against him and to cure all injuries accumulated. The subject matter jurisdictional challenge was not properly answered by the plaintiff and illegally answered by the judge. There is no injured citizen of fact and lacks personal jurisdiction from improper service. The law being used to prosecute the defendant lack three elements to be a valid law. These demands are back with support due to the facts witnessed by the defendant as follows;

The court allowing initiation of the case without an injury in fact of a citizen.

The plaintiff is a B.A.R.member. **B.A.R.** members are expected to perform a reasonable "Pre-filing investigation.". FRCP Rule 11 states in part that attorneys must not file suit without evidentiary support for the allegations contained in the complaint. This is relevant because there is no evidence of an injured party or proper service in turn lacking ALL jurisdiction.

The judge unlawfully acting outside his jurisdiction in attempt to establish jurisdiction outside of common law. This being after the judge read the defendants jurisdictional challenge with an affidavit immediately after filing with the clerk in live court, then answered on the plaintiff's behalf, yet doing so conspicuously reflects the judges partiality to the prosecution.. Be it as the judge read the defendants document in live court, it is reasonable to the judges knowledgeability of the defendants jurisdictional posture as the first paragraph states: "Eric Witt by limited appearance to this matter in this court of record with clean hands, without prejudice and with all

rights reserved including UCC 1-308 in dealing with this court, in pro per, sui juris (NOT PRO SE....". This is foundational for malice intent as any reasonable man/woman would see the motive of the judge to deviously manipulate jurisdiction deceptively as to ensure the case is not dismissed legitimately in absence of an injured party, but to affix jurisdiction to assert the defendant would likely be fined or arrested. Additional conflicting circumstances in the court were as follows:

The defendants file stamped copy of the jurisdictional challenge was withheld, not to be released until signing the courts document. The document to be signed said to be "only" for court records of receipt of the defendants file stamped jurisdictional challenge. Deceitfully stating the document to be signed is for release of those already rightful documents of the defendant. The document coerced for signing by employees exserting malicious deception to the defendant. Deception motivate from the fact by him signing it unwittingly dragooned him into a jurisdiction that incurs indefinite injury. The incontrovertible fact of foresaid malice outcome was obtained unlawfully and would indubitably be further injury to the defendant. Eric Witt DOES NOT AGREE WITH ANY CONTRACTS HE DIDN'T KNOWINGLY AND WILLINGLY ENTER. Though the undeniable fact there is no citizen of injury from the initiation of this case and shall trump all actions after the commencement of claim. Deeming all this devious behavior performed by bad actor public servants as null and void. Government officials cannot have immunity for violating the Constitution that was set up to protect people of the States. Government officials cannot have immunity from laws they have on the books to protect people from injuries. The government has no immunity when they operate outside of their jurisdiction. The government has no complaints from citizens that were injured by the defendant and therefore are operating outside of their jurisdiction. The government has no immunity when they operate outside of their legal jurisdiction.

Government officials lost immunity when they proceeded in a non- court of record to strip the defendant of his right to due process. I demand to have the defendant's charges by the plaintiff in this case be dismissed for lack of personal and subject matter jurisdiction due to improper service and not producing an injured party. These demands are also supported by Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449: The assertion of rights, when plainly and reasonably made, are not to be defeated under the name of local practice. The defendant, in this matter, demands the Court to dismiss this case for lack of both personal and subject matter jurisdiction. In the event the court decides to continue this frivolous case the defendant demands to strike the progressions of the court subsequent to the jurisdictional challenge with an affidavit and allow this matter to be heard in a common law court of record, and Constitutional provisions to be observed.

12/21/2022

Eric Witt


Without Prejudice UCC 1-308

DEC 21 '22 PM3:49