**BENNETT, COLORADO, SUMMONS AND COMPLAINT OR PENALTY ASSESSMENT**
**The Town of Bennett, Counties of Adams and Arapahoe**
**By and on behalf of the People of the State of Colorado vs.:**

**SUMMONS** **B** 6902

Agency: ☐ Adams S.O. ☐ Arapahoe S.O. Other: Bennett
Agency Case # CE22-0035 / CE22-0009

☐ SCHOOL OR SAFETY ZONE (FINES DOUBLED) ☐ ACCIDENT (SUMMONS) ☐ JUVENILE (SUMMONS) Parent Info:

Date of Violation (mm/dd/yy): 7/29/22 Time of Violation: 100pm Approx. Location of Violation: 170 Coolidge CT

**Defendant Name: (Last, First, Middle)** Witt, Eric

DOB: (mm/dd/yy) / 1982 Gender: (M) F Race: W Ht ft in Wt: Hair: Eyes: Phone H: 720-560-8282

Address: 170 Coolidge Ct. Bennett CO 80102 Phone C:

DL#: ST Veh Lic # ST Make Model Yr Color VIN
Cls/Type N/A N/A

| | MTC | VIOLATION | PT |
|---|---|---|---|
| | 1204 | Parked Vehicle on Where Prohibited by Signs or Markings | 0 |
| | 1205 | Parked Vehicle on Wrong Side of Road | 0 |
| | 1208 | Parked in Handicap Designated Parking Without Authorization | 0 |
| | 1503 | Motorized Vehicles Restricted | 0 |
| | 237/236 | Safety Belt Required ___ Adult(237) ___ Child(236) | 0 |
| | 1101 | **Speeding (5-9 mph over posted limit) ___ in a ___ mph Zone** | 1 |
| | 1211(1)(a) | Unsafe Backing in Parking Area | 1 |
| | 1211(1)(b) | Backed Vehicle on Shoulder or Roadway | 2 |
| | 202(1) | Drove a Defective or Unsafe Vehicle | 2 |
| | 204 | Failed to Display Lighted Lamps When Required | 2 |
| | 608(1) | Failed to Use Turn Signal(s) | 2 |
| | 902(3) | Made U-turn Where Prohibited | 3 |
| | 1007(1a) | Failed to Drive in a Single Lane (Weaving) | 3 |
| | 603 | Failed to Observe/Disregarded Traffic Control Signal or Device | 4 |
| | 1008(1) | Following too Closely | 4 |
| | 1101 | **Speeding (10-19 mph over posted limit) ___ in a ___ mph Zone.** | 4 |
| | 1402 | Careless Driving | 4 |
| | 1409 | Insurance ___ Failed to Present ___ Uninsured | 4 |
| | 1101 | **Speeding (20-39 mph over posted limit) ___ in a ___ mph Zone** | 6 |
| | 1401 | Reckless Driving | 8 |
| | | | |
| | | | |

| | ORDINANCE | VIOLATION |
|---|---|---|
| | 513 | Curfew (10-6-20) |
| | 514 | Public Park Hours (11-5-120) |
| | 7-2-10 | Debris Prohibited/Accumulation to Constitute a Nuisance |
| X | 7-5-30 | Duty to Cut Weeds on Property |
| | 7-7-20 c | Animals Running at Large |
| | 7-7-70 | Licensing of Dogs and Cats |
| | 7-7-80 | Aggressive Animals |
| | 7-7-90 | Vicious Animals |
| | 8-5-10 ( ) | Parking & Storage Restrictions/Recreational Equipment. |
| | 10-4-10 | Criminal Mischief |
| | 10-4-50 | Defacing Public/Private Property |
| | 10-4-110 | Theft |
| | 10-4-120 | Shoplifting |
| | 10-5-30 | Interference With an Educational Institution |
| | 10-5-40( ) | Harassment |
| | 10-5-80 | Assault |
| | 10-5-140 | Throwing Stones, Missiles, Etc. |
| | 10-7-30 | Possession/Consumption of Alcohol by Underage Person |
| | 10-7-80 | Possession of Drug Paraphernalia |
| | 10-7-100 | Possession of Cannabis by an Underage Person |
| | | |
| | | |

☐ **PENALTY ASSESSMENT - Payable by Mail**

If this box is checked, payment of your fine by mail without a court appearance is permitted. (See back of summons for instructions). If your payment is received by mail or in person by 5:00 pm. on the business day before your court date, you do not have to appear in Court and the associated penalty points will be reduced as shown on the back of this summons. **If payment is not received you must appear on the court date indicated.** Without admitting guilt, I agree to comply with the instructions on the reverse side of this summons or penalty assessment.

X________________
Defendant Signature

**Total Fine Amount:** $

**Total Points** ____
**If over four (4) = Summons-Mandatory Appearance**

**See reverse side for point reduction provisions.**

☑ **SUMMONS - Mandatory Court Appearance**

**Without admitting guilt, I promise to appear at the time and place indicated below.** (If you are under the age of 18 at the time of the court date listed below, you must be accompanied by a parent or legal guardian when appearing in court.)

**Defendant Signature**

**COURT DATE**

**You are summoned and ordered to appear to answer charges stated above in: Bennett Municipal Court, 207 Muegge Way, Bennett, CO 80102**

**ON** 8 / 24 / 2022 **at** 600 ☐**AM** ☑**PM**

**Warning: If you fail to appear in response to this summons as ordered, a warrant will be issued for your arrest.**

The undersigned has probable cause to believe that the defendant committed the offense(s) against the peace and dignity of the Town of Bennett, State of Colorado and affirms that a copy of this summons and complaint or Penalty Assessment was served upon the defendant:

Date Issued: 8/8/22 Officer Name: K. Buono

Signature: [signature] Badge# CS02

COURT




Community Development *Code Enforcement*

# Code Ordinance Warning

Date 7-18-22 Address 170 coolidge ct Recheck 7/29/22 Warning (1st / 2nd — 2nd circled)

Resident Eric Witt Phone ____ Email ____

Observed Weeds in the rocks are greater then 6 inches Officer Zimmerman

It has been brought to the attention of the town, by observation of an officer or through a complaint from a citizen, that the property described above may violate the ordinance indicated. Please take necessary measures to correct the situation(s) to avoid future contacts which may result in the issuance of a summons. We appreciate your assistance and cooperation in resolving any possible conflict with Town ordinances. Please visit town hall at 207 Muegge Way or our website at https://library.municode.com/co/bennett/codes/municipal_code to view the complete ordinance that is referenced in this notice.

| | | | |
|---|---|---|---|
| | Any lot in the Town that has damaged merchandise, litter, garbage, inoperable or wrecked vehicles or junk upon private or public property shall be deemed a nuisance and in violation. **Sec. 7-2-10 Accumulation to constitute nuisances.** | | All fences taller than thirty-six inches (36") require a fence permit. Front yard fences shall be split rail, picket or chain link in the RMU or Brothers Four Subdivision. Side and back yard fences may be solid. Fences not maintained in a safe manner, lean or sag more than 15 degrees, missing or protruding pickets, extending into a walkway or creating a hazard for either pedestrian or vehicle are considered a nuisance. **Sec. 16-2-790 Fences and Walls** |
| | No person shall deposit or place refuse in a manner to become a nuisance or endangers the public health. Any person having occupancy, control or management of any new premises shall not permit accumulation of refuse that is becomes a nuisance or endangers public health. Trash cans are not allowed in front yards except on pickup day. **Sec. 7-3-10 Accumulation prohibited.** | | Any owner or occupant of a property adjacent to public right-of-way shall remove any trees or limbs located in or above the public right-of-way when they constitute a danger to public safety. This includes limbs that hinder visibility or may affect public health and safety, or present a structural defect which may cause the limb to fall on a person or property of value. Trees deemed dead, broken, diseased or infested by insects that endanger the wellbeing of other trees are declared a nuisance. **Secs 7-6-10, 7-6-20 & 7-6-30 Trees** |
| | It's the responsibility of every owner or occupant of their property including buildings and premises to maintain at all times in a clean, orderly condition with no accumulation of refuse or materials other than ordinary items. **Sec. 7-3-30 Responsibility of owners.** | | It is unlawful to park, keep or store any truck, semi-tractor, semi-trailer, tow truck, bus, or construction equipment weighing more than 10,000 pounds' empty weight on any public street, highway, alley, right-of-way or any private property within town in any residential zone or mobile home district except if rendering delivery or pickup for less than one hour. Overweight permits may be obtained from the building department authorizing parking of overweight vehicles (Please see building dept. for further). **Secs 8-5-20, 8-5-25, 8-5-27 Weight limits** |
| X | It is the responsibility of any owner or occupant of any lot in town to allow any uncut weeds or brush to grow more than six (6) inches high. **Sec. 7-5-30 Duty of property owner to cut.** | | |
| | Any motor vehicle left in one location on any public property or private property without permission, for seventy-two (72) hours is considered abandoned and a public nuisance. **Sec. 8-3-20(a) Abandoned and inoperable vehicle** | | It is unlawful to park or permit to stand any motor vehicle, whether operable or inoperable, or recreational equipment on a portion of residential property that is within public view, unless the motor vehicle or recreational equipment is parked or standing on a hardened surface. Such hardened surface shall be maintained at a minimum depth of two (2) inches. No motor vehicle or recreational equipment shall access a hardened surface public street or alley unless it does so from a hardened surface. **Sec. 8-5-10 Parking, storage and use** |
| | Any inoperable motor vehicle parked or stored on any private property longer than thirty (30) days is considered a public nuisance. **Sec. 8-3-30(a) Inoperable vehicle on private property** | | |
| | It is unlawful for any person who abandons, leaves outside of any building or other structures any piece of furniture or appliance that has a door or lid, accessible to children, without first removing said door or lid. **Sec. 10-5-130 Abandoned containers and appliances.** | | Accessory structures shall not be located within any setback, front yard or shall not be taller than 12 feet high or exceed 250 feet in size and must resemble the principal structure. Cargo containers are only allowed in Industrial or Commercial zoned districts. A permit must be obtained for all accessory structures and cargo containers. **Secs 16-2-465 Lot & building requirements.** |
| | It's the responsibility of every owner or occupant in control of any premises to maintain the sidewalks adjoining their property. After the snow, sleet or freezing rain has stopped, the owner, occupant shall remove & clear away snow and ice twenty-four (24) hours or the next business day (whichever period is shorter). **Sec. 11-1-20(a) Snow & ice removal from sidewalks.** | | No structure or mobile home shall be moved or constructed within the Town without first securing a building permit from the Building Department. Accessory structures exceeding 120 square feet floor area are required to have a building permit **Secs 18-10-20, 18-10-40. 18-8-20** |

**Comments/Other Violation:**



Community Development *Code Enforcement*

# Code Ordinance Warning

Date 7-29-22 Address 170 Coolidge ct Recheck 8/5/22 Warning (1st 2nd)

Resident Eric Witt Phone ______ Email ______

Observed Weeds in rock area are greater then 6 Inches Officer Zimmerman

It has been brought to the attention of the town, by observation of an officer or through a complaint from a citizen, that the property described above may violate the ordinance indicated. Please take necessary measures to correct the situation(s) to avoid future contacts which may result in the issuance of a summons. We appreciate your assistance and cooperation in resolving any possible conflict with Town ordinances. Please visit town hall at 207 Muegge Way or our website at https://library.municode.com/co/bennett/codes/municipal_code to view the complete ordinance that is referenced in this notice.

| | | | |
|---|---|---|---|
| | Any lot in the Town that has damaged merchandise, litter, garbage, inoperable or wrecked vehicles or junk upon private or public property shall be deemed a nuisance and in violation. **Sec. 7-2-10 Accumulation to constitute nuisances.** | | All fences taller than thirty-six inches (36") require a fence permit. Front yard fences shall be split rail, picket or chain link in the RMU or Brothers Four Subdivision. Side and back yard fences may be solid. Fences not maintained in a safe manner, lean or sag more than 15 degrees, missing or protruding pickets, extending into a walkway or creating a hazard for either pedestrian or vehicle are considered a nuisance. **Sec. 16-2-790 Fences and Walls** |
| | No person shall deposit or place refuse in a manner to become a nuisance or endangers the public health. Any person having occupancy, control or management of any new premises shall not permit accumulation of refuse that is becomes a nuisance or endangers public health. Trash cans are not allowed in front yards except on pickup day. **Sec. 7-3-10 Accumulation prohibited.** | | Any owner or occupant of a property adjacent to public right-of-way shall remove any trees or limbs located in or above the public right-of-way when they constitute a danger to public safety. This includes limbs that hinder visibility or may affect public health and safety, or present a structural defect which may cause the limb to fall on a person or property of value. Trees deemed dead, broken, diseased or infested by insects that endanger the wellbeing of other trees are declared a nuisance. **Secs 7-6-10, 7-6-20 & 7-6-30 Trees** |
| | It's the responsibility of every owner or occupant of their property including buildings and premises to maintain at all times in a clean, orderly condition with no accumulation of refuse or materials other than ordinary items. **Sec. 7-3-30 Responsibility of owners.** | | It is unlawful to park, keep or store any truck, semi-tractor, semi-trailer, tow truck, bus, or construction equipment weighing more than 10,000 pounds' empty weight on any public street, highway, alley, right-of-way or any private property within town in any residential zone or mobile home district except if rendering delivery or pickup for less than one hour. Overweight permits may be obtained from the building department authorizing parking of overweight vehicles (Please see building dept. for further). **Secs 8-5-20, 8-5-25, 8-5-27 Weight limits** |
| X | It is the responsibility of any owner or occupant of any lot in town to allow any uncut weeds or brush to grow more than six (6) inches high. **Sec. 7-5-30 Duty of property owner to cut.** | | |
| | Any motor vehicle left in one location on any public property or private property without permission, for seventy-two (72) hours is considered abandoned and a public nuisance. **Sec. 8-3-20(a) Abandoned and inoperable vehicle** | | It is unlawful to park or permit to stand any motor vehicle, whether operable or inoperable, or recreational equipment on a portion of residential property that is within public view, unless the motor vehicle or recreational equipment is parked or standing on a hardened surface. Such hardened surface shall be maintained at a minimum depth of two (2) inches. No motor vehicle or recreational equipment shall access a hardened surface public street or alley unless it does so from a hardened surface. **Sec. 8-5-10 Parking, storage and use** |
| | Any inoperable motor vehicle parked or stored on any private property longer than thirty (30) days is considered a public nuisance. **Sec. 8-3-30(a) Inoperable vehicle on private property** | | |
| | It is unlawful for any person who abandons, leaves outside of any building or other structures any piece of furniture or appliance that has a door or lid, accessible to children, without first removing said door or lid. **Sec. 10-5-130 Abandoned containers and appliances.** | | Accessory structures shall not be located within any setback, front yard or shall not be taller than 12 feet high or exceed 250 feet in size and must resemble the principal structure. Cargo containers are only allowed in Industrial or Commercial zoned districts. A permit must be obtained for all accessory structures and cargo containers. **Secs 16-2-465 Lot & building requirements.** |
| | It's the responsibility of every owner or occupant in control of any premises to maintain the sidewalks adjoining their property. After the snow, sleet or freezing rain has stopped, the owner, occupant shall remove & clear away snow and ice twenty-four (24) hours or the next business day (whichever period is shorter). **Sec. 11-1-20(a) Snow & ice removal from sidewalks.** | | No structure or mobile home shall be moved or constructed within the Town without first securing a building permit from the Building Department. Accessory structures exceeding 120 square feet floor area are required to have a building permit **Secs 18-10-20, 18-10-40. 18-8-20** |

**Comments/Other Violation:**
Please make sure to keep all grass + weeds cut below 6 Inches

Neighborhood Services
Code Enforcement/Animal Contrc
Incident Report



| Case# CE22-0035 | | Date/Time Reported: 8/5/22 1:00p | | Date/Time of Incident: 7/18/22 1:40p | |
|---|---|---|---|---|---|
| Location of Incident: 170 Coolidge Court | | | | County: Adams | |
| Summons#: B6902 | | Charges: 7-5-30: Duty to Cut | | Court date: 8/24/22 | |

(W-Witness, S-Suspect, V-Victim, RP-Reporting Party, T/O-This Officer)

| W | Name: Sonya Zimmerman, CSO | | | Phone: 303-644-3249 Ext. 1047 | |
|---|---|---|---|---|---|
| Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |
| TO | Name: Keith Buono, LCSO | | | Phone: 303-644-3249 Ext. 1046 | |
| Address: 207 Muegge Way | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |
| S | Name: Eric Witt | | | Phone:720-560-8282 | |
| Address: 170 Coolidge Court | | | | City/State/Zip: Bennett, CO 80102 | |
| d.o.b: | Hair: | Eyes: | Height: | Weight: | Race: |

**Statement:** August 8th, 2022 I was assigned as a Community Services Officer for the Town of Bennett. At approximately 11:30am I attempted to serve Mr. Eric Witt, of 170 Coolidge Court, a summons to attend court proceedings due to continuing to violate Bennett Municipal Code Section 7-5-30: Duty of Property Owner to Cut, but to no avail. I had attempted to serve Mr. Witt August 7th, 2022 at approximately 4:45p with no one answering the door on this date either. The summons was sent via the US Postal Service, return receipt requested due to being unable to directly contact him.

Mr. Witt had received two Code Ordinance Warnings July 18th, 2022 and July 29th, 2022, for this code violation. Each time he was provided ample time to comply with the request of cutting his grass. Upon a recheck of his property August 8th, 2022 it was discovered that he still was not in compliance with Section 7-5-30, which requires grass and weeds to be no taller than six inches.

This incident referred to Mr. Bunger for review and disposition.

| Officer Signature: Keith Buono, LCSO [signature] | Date: 8/8/22 8/8/22 |
|---|---|





Photo's taken 8/8/22

# Witness Statement




Case #: ____________ Date/Time Reported: ________________ Date/Time of Incident: ____________

Location of Incident: 170 Coolidge Ct Bennett, Co. 80102

Type of Incident: ________________________________

*(W – Witness, S – Suspect, V - Victim, RP – Reporting Party, T/O – This Officer)*

T/O Name: Sonya Zimmerman Phone: 3036443249

Address: 207 Muegge Way City/State/Zip: Bennett, Co. 80102

Date of Birth: ________ Hair: ______ Eyes: _____ Height: _____ Weight: ____ Race: __________

**Statement:**

While patrolling on July 18, 2022 I observed the weeds at 170 Coolidge Ct were greater than 6 inches. I sent the property owner Eric Witt a Code Ordinance warning letter.

While patrolling on July 29, 2022 I again observed the weeds at 170 Coolidge Ct had not been cut done. I taped Code Ordinance warning letter to the front door.

**Witness Signature:** [signature] **Date:** 8-9-22

Mr. Witt Summons




BENNETT
205 S ASH ST
BENNETT, CO 80102-9997
(800)275-8777

08/09/2022 07:32 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Window FR Env | 1 | | $8.95 |
| Bennett, CO 80102 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 08/10/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: 70182290000023595722 | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7492 2055 0360 38 | | | |
| Total | | | $16.20 |

Grand Total: $16.20

Credit Card Remit $16.20
Card Name: MasterCard
Account #: XXXXXXXXXXXX2948
Approval #: 076293
Transaction #: 373
AID: A0000000041010 Chip
AL: MASTERCARD
PIN: Not Required

*******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
*******************************************

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



# BENNETT MUNICIPAL COURT

Summons # CE22-0009 - B69023

| | | |
|---|---|---|
| The People of the State of | ) | Waiver of Rights |
| Colorado and | ) | and plea of |
| County of Adams | ) | (Guilty) |
| Town of Bennett | ) | (Not Guilty) |
| VS | ) | |

Witt, Eric

Defendant )

Comes now the above defendant and is advised of the following rights pursuant to the above cited case:

I have knowledge of the following Rights:

1. To remain silent.
2. To have any statement made by me used against me at a later date.
3. I am presumed innocent.
4. I have a right to plead not guilty and have a trial to the Court.
5. I may put the Town to the burden of proving me guilty as to each charge and each element of that charge beyond a reasonable doubt.
6. I have the right to engage counsel.
7. To request a reasonable continuance.
8. To have Subpoenas issued by the court without expense, except cost of service, to compel attendance of witnesses.
9. I have the right to testify on my own behalf or remain silent, at my own sole discretion.
10. I have the right to call witnesses on my own behalf.
11. I have the right to appeal according to rule 237 of the Colorado Municipal Court Rules of Procedure.
12. Any plea entered by me must be voluntary and not the result of undue influence or coercion on the part of anyone.

I further understand the possible maximum penalty is Two Thousand Six Hundred Fifty and no/100s ($2650.00), that if this is a traffic offense, that penalty points may assessed against my driving privilege, and that if I plead not guilty, my case will be heard at trial within 90 days of today's date. With a full understanding of the rights I have, and possible penalties, I do plead as follows:

☑ EW
Initial

**REQUEST** to speak to Town Prosecutor. If trial is necessary, it is to be scheduled within 90 days of the date of my plea.

☐ ________
Initial

**NOT GUILTY** and request trial.

☐ ________
Initial

**GUILTY** I enter the guilty plea freely and voluntarily, and with full knowledge of my waiver of the above stated rights and of the possible penalties.

Defendant [signature] Date 8-24-22

If the defendant is under the age of eighteen (18) a parent or guardian must sign this plea.

Parent or Guardian ______________________ Date ____________

# Bennett Municipal Court Minute Order

NAME: Witt, Eric
CASE #: CE22-0009
DATE: 8-24-2022

**PROSECUTOR**

Pre-Trial Conference Held with Prosecutor Joe Lico:
Defendant enters following plea with additional recommendations:

| | | Points | Fine |
|---|---|---|---|
| Count 1: | Reset for 30 days | | |
| Amend to: | – Check for compliance | | |
| Count 2: | | | |
| Amend to: | | | |

Additional Recommendations:

Stipulations:

**JUDGE**

☐ **ACCEPT Prosecutor's recommendation and Defendant Plea**

☐ **REJECT Prosecutor's recommendation and Defendant Plea**

☐ **ACCEPT Defendant Plea (No Prosecutor Requested)**

| | | Points | Fine |
|---|---|---|---|
| **Additional Order:** Count 1: | | | |
| Additional | | | |
| Count 2: | | | |

Additional Conditions: Cont case to Sept 28th
D to meet w/ Bennett Code Enf.

JAA
8.24.22

**Total Due** $

| **COURT COSTS (circle)** | |
|---|---|
| **Jury Trial ($25/$75)** | |
| **CC** | **$35.00** |
| **SOE** | **$25.00** |
| **OJW** | **$30.00** |
| **BW** | **$75.00** |
| **CS** | **$25.00** |
| **Default** | **$30.00** |
| **Deferred** | **$75.00** |
| **FTA** | **$25.00** |
| **FTP** | **$25.00** |

**COURT CLERK**

| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**BENNETT MUNICIPAL COURT**

**PAYMENT AGREEMENT & SENTENCE CONDITIONS**

Bennett Municipal Court
207 Muegge Way
Bennett, CO 80102
303-644-3249 x1001

B6902

**DEFENDANT NAME :** Witt, Eric **CASE #** CE22-0009

| Description | Amount Due | Note |
|---|---|---|
| Fine Amount | $ | |
| Court Cost | $35 | 30 DAY Cont. review for |
| Stay of Execution | $25 | compliance |
| Deferred Judgment Fee | $50 | Months Review On: 9/28/2022 |
| Community Service | $25 | Hours Completed By: |
| Default Judgment Fee | $30 | |
| Bench Warrant | $75 | |
| Other | | |
| **TOTAL DUE** | **$** | Pay Today:____________ and/or<br>Payment Arrangement: $_________due by the _____ day of each month beginning ______________ until paid in full. |

| **ADDITIONAL CONDITIONS** | | |
|---|---|---|
| Class ☐Alcohol /Drug ☐ Theft | _______ Day/Hours | Completed By: |
| Drug Testing/UA | ______x Month For ______months | Completed By: |
| No Further Violations | | Through |

I agree to pay the total amount due on or before the due date above. I understand additional penalties noted above will be enforced due to non-compliance with payment agreement or sentencing conditions.

Date:________________________________

Defendant________________________________ Parent of Minor________________________________

**All Payments should be mailed to: Town of Bennett Municipal Court**
**207 Muegge Way**
**Bennett, CO 80102**
**or can be made online with a credit card at www.TownofBennett.org. Please note there is a transaction fee for all credit card payments.**

| COURT CLERK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |




**BENNETT MUNICIPAL COURT**
**207 Muegge Way**
**Bennett, Colorado 80102-7806**
**303-644-3249 Ext. 1001**

August 25, 2022

Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

Mr. Witt,

You appeared before the Bennett Court on August 24, 2022 for violating *BMC 7-5-30 Duty to Cut Weeds on Property.*

The hearing has been continued until September 28, 2022 at 6:00 p.m. with a review of compliance.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Christina Hart
Bennett Municipal Court Clerk
Town of Bennett

MUNICIPAL COURT
SEAL
BENNETT, COLORADO

CERTIFIED MAIL

PRIORITY®
MAIL



7018 2290 0000 2359 5722



1005



80102

U.S. POSTAGE PAID
PM
BENNETT, CO
80102
AUG 09, 22
AMOUNT
$16.20
R2304W121051-98

...nnett, CO 80102

207

UNC

Mr. Eric Witt
170 Coolidge Court
Bennett, Colorado 80102

-R-T-S- 801023042-1N 09/20/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

8/10
8/15 R 8/25

For international shipments, the maximum weight is 4 lb

EP14H August 2020 Outer Dimension: 10 x 5



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Eric Witt
170 Coolidge CT
Bennett, CO 80102

9590 9402 7492 2055 0360 38

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

- Expected deli
- Most domesti
- USPS Trackin
- Limited intern
- When used in

*Insurance does not
Domestic Mail Manu
** See International I

TRACKI

PICKUP

This product is for use with Priority Mail.®
Misuse may be a violation of federal law.
This label is not for resale.

EP14H © U.S. Postal Service; March 2020; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.