IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-SBP

ERIC WITT,

    Plaintiff,

v.

TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF, COLORADO,
JOHN DOES 1-4, individually and in their official capacities as Adams County Sheriff's Deputies,
ADAMS COUNTY DETENTION FACILITY, COLORADO,
JOHN DOES 5-10, individually and in their official capacities as Adams County Jail Personnel,
BENNETT-WATKINS FIRE RESCUE, COLORADO,
SHAWN DAY, individually and in his official capacity as Judge for Town of Bennett,
JOSEPH LICO, individually and in his official capacity as Prosecution for Town of Bennett,
KEITH BUONO, individually and in his official capacity as officer for Town of Bennett, and
JANE DOE, individually and in her official capacity,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    The Motion to Amend Emergency Motion for Possession (ECF No. 9) is granted. The amended Emergency Motion for Possession (ECF No. 11) is accepted as filed. The originally-filed Emergency Motion for Reinstatement of Possession (ECF No. 4) is denied as moot.

    Dated: January 23, 2024