IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-KLM

Eric Witt_____, Plaintiff

v. Jury Trial requested:

(please check one)

X Yes ____ No

1) TOWN OF BENNETT, COLORADO.
2) Adams County Sheriff, Colorado
3) John Does 1-4, individually and in their official capacities as Adams County Sheriff's Deputies involved in the alleged illegal eviction
4) Adams County Detention facility, Colorado
5) John Does 5-10, individually and in their official capacities as Adams County Jail personnel involved in denying plaintiff the right to see a judge, causing the plaintiff's name not to be recorded for bond release, placing him in an intake pod with unlike crimes and harsher lockdown hours, and other rights violations during depravation of liberty at the jail.
6) BENNETT-WATKINS FIRE RESCUE, COLORADO
7) Shawn Day, individually and in his official capacity as Judge for town of Bennett
8) Joseph Lico, individually and in his official capacity as Prosecution for town of Bennett
9) Keith Buono individually and in his official capacity as officer for town of Bennett
10) Jane Doe individually and in her official capacity
Defendants(s)

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

# MOTION

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth: a minor's initials: and the last four digits of a financial account number.

### MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, Eric Witt, hereby respectfully requests an extension of two (2) days to file the Amended Complaint and in support thereof states as follows:

1. The Plaintiff initially filed this action to address significant violations of constitutional and statutory rights by the Defendants, as detailed in the original Complaint filed on [Original Filing Date].

2. In the course of preparing the Amended Complaint, pursuant to the Court's instructions, the Plaintiff has identified new evidence crucial to the substantiation of his claims. This evidence primarily concerns violations by the Adams County Records Department, which are central to the Plaintiff's claims of rights infringements.

3. Furthermore, the complexity of integrating this new evidence and the addition of the Adams County Records Department as a Defendant requires meticulous preparation to ensure the Amended Complaint comprehensively addresses all factual and legal grounds.

4. Due to the expansive nature of the evidence recently uncovered and the necessity to amend the complaint accordingly, additional time is requested to ensure the accurate and full presentation of the Plaintiff's claims.

5. Adherence to Court's Orders: The Plaintiff wishes to underscore that this request for an extension is made in strict adherence to the Court's orders and guidance issued regarding the amendment of complaints. This extension is sought not out of convenience but as a necessary measure to comply fully and accurately with the Court's directives for the inclusion of new evidence and Defendants, thus ensuring the integrity and thoroughness of the judicial process.

6. **Legal Authority**: The Plaintiff invokes Federal Rule of Civil Procedure 6(b)(1), which allows the Court to grant an extension where the movant demonstrates good cause. The unforeseen need to incorporate new evidence and additional Defendants constitutes good cause for the requested extension.

WHEREFORE, the Plaintiff, Eric Witt, respectfully requests this Honorable Court grant an extension of two (2) days for the filing of the Amended Complaint, moving the deadline to [New Proposed Deadline]. The Plaintiff believes this brief extension will not prejudice any party and will serve the interests of justice by allowing for a fully informed litigative process.

Respectfully submitted,
s/Eric Witt Eric Witt 75 Without Prejudice U.C.C. 1-308
 22204 E Belleview Pl,
 Aurora, CO 80015
 ericwitt34@gmail.com