# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-SBP

ERIC WITT,

    Plaintiff,

v.

TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF, COLORADO,
JOHN DOES 1-4, individually and in their official capacities as Adams County Sheriff's Deputies,
ADAMS COUNTY DETENTION FACILITY, COLORADO,
JOHN DOES 5-10, individually and in their official capacities as Adams County Jail Personnel,
BENNETT-WATKINS FIRE RESCUE, COLORADO,
SHAWN DAY, individually and in his official capacity as Judge for Town of Bennett,
JOSEPH LICO, individually and in his official capacity as Prosecution for Town of Bennett,
KEITH BUONO, individually and in his official capacity as officer for Town of Bennett, and
JANE DOE, individually and in her official capacity,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's Motion for Extension of Time to File Amended Complaint (ECF No. 19) is granted. Plaintiff's amended complaint was due February 16, 2024 (*see* ECF No. 15), and Plaintiff requested a two-day extension to file his amended complaint. Nevertheless, Plaintiff is granted an extension to February 23, 2024, to file an amended complaint that complies with the Order Directing Plaintiff to File an Amended Complaint. (*Id.*) No further extensions will be granted.

    DATED: February 21, 2024