*Alana Percy* (signature)