| | |
|---|---|
| COUNTY COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DRIVE, BRIGHTON, CO 80601 | **ISSUED BY COURT**<br>**04/20/2023**<br><br>*Alana Percy*<br><br>▲ COURT USE ▲<br>ALANA PERCY<br>Clerk of Court |
| Plaintiff(s):<br>COLORADO HOUSING AND FINANCE AUTHORITY<br><br>Defendant(s):<br>ERIC M WITT AND ANY AND ALL OCCUPANTS | |
| Attorneys:<br>Janeway Law Firm, P.C.<br>9800 S. Meridian Blvd., Suite 400<br>Englewood, CO 80112<br>Phone No: (855) 263-9295<br>Fax No: (303) 706-9994<br>Atty Reg#15592 Lynn M. Janeway (lynn@janewaylaw.com)<br>Atty Reg#40042 David R. Doughty (david@janewaylaw.com)<br>Atty Reg#34531 Alison L. Berry (alisonberry@janewaylaw.com)<br>Atty Reg#34861 N. April Winecki (nawinecki@janewaylaw.com) | Case No.: 2023C093567<br><br>Div: 8   Courtroom: |

## WRIT OF RESTITUTION

1. Judgment entered:

    On APRIL 14, 2023 the plaintiff obtained a judgment to obtain possession of the premises located at:

2. Description of Premises

LOT 1, BLOCK 4, THE CENTENNIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO.

APN #: 0181528416008
Purported Common Address: 170 COOLIDGE CT, BENNETT, CO 80102

3. Order of Eviction

    If (check one)   ☒ the defendants and all other occupants
    ☐ the defendants: (enter names) _____

    remain on the premises more than 10 days after the date of judgment, you are ordered to remove them and their property and restore possession of the premises to the plaintiff. This Writ of Restitution shall remain in effect for 49 days after issuance and shall automatically expire thereafter. C.R.S. § 13-40-115(3).

_____        _____
Clerk/County Judge                                          Date

JLF No.: 22-027322