

**Janeway Law Firm, P.C.**
Attorneys at Law

Serving Colorado

www.LOGS.com/Janeway_Law_Firm

**Partners:**
*Lynn M. Janeway, Managing Partner* (Licensed in AZ, CA, CO)
Gerald M. Shapiro (Licensed in FL, IL)
David S. Kreisman (Licensed in IL)

**Colorado Office:**
David R. Doughty (Licensed in CO)
Alison L. Berry (Licensed in CO)
N. April Winecki (Licensed in CO)

DATE:   April 20, 2023

TO:   ADAMS COUNTY SHERIFF'S OFFICE
ATTN: CIVIL SECTION
4430 S. Adams County Pkwy
1st Floor, Suite W5400
Brighton, CO 80601

RE:   ERIC M WITT
Property: 170 COOLIDGE CT, BENNETT, CO 80102
Loan No.: ******0175
JLF No.: 22-027322

Enclosed is a Writ of Restitution for the above referenced property. Also enclosed is our check for $176.00 to cover the fee for execution of the Writ.

Upon receipt, please contact at (855) 263-9295 ext. 24175 to set a move out date.

Thank you for your assistance in this matter.


Enclosures



RECEIVED APR 2 5 2023

Adams County Sheriff's Office



| COUNTY COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DRIVE, BRIGHTON, CO 80601 | **ISSUED BY COURT**<br>**04/20/2023** |
|---|---|
| Plaintiff(s):<br>COLORADO HOUSING AND FINANCE AUTHORITY<br><br>Defendant(s):<br>ERIC M WITT AND ANY AND ALL OCCUPANTS | DATE FILED: April 20, 2023 2:15 PM<br>CASE NUMBER: 2023C33567<br><br>▲ ALANA PERCY<br>Clerk of Court<br>Case No. 2023C33567 |
| Attorneys:<br>Janeway Law Firm, P.C.<br>9800 S. Meridian Blvd., Suite 400<br>Englewood, CO 80112<br>Phone No: (855) 263-9295<br>Fax No: (303) 706-9994<br>Atty Reg#15592 Lynn M. Janeway (lynn@janewaylaw.com)<br>Atty Reg#40042 David R. Doughty (david@janewaylaw.com)<br>Atty Reg#34531 Alison L. Berry (alisonberry@janewaylaw.com)<br>Atty Reg#34861 N. April Winecki (nawinecki@janewaylaw.com) | Div: 8   Courtroom: |
| **WRIT OF RESTITUTION** | |

1. Judgment entered:

   On APRIL 14, 2023 the plaintiff obtained a judgment to obtain possession of the premises located at:

2. Description of Premises

LOT 1, BLOCK 4, THE CENTENNIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO.

APN #: 0181528416008
Purported Common Address: 170 COOLIDGE CT, BENNETT, CO 80102

3. Order of Eviction

   If (check one)   ☒ the defendants and all other occupants
                    ☐ the defendants: (enter names) _____

remain on the premises more than 10 days after the date of judgment, you are ordered to remove them and their property and restore possession of the premises to the plaintiff. This Writ of Restitution shall remain in effect for 49 days after issuance and shall automatically expire thereafter. C.R.S. § 13-40-115(3).

_____          _____
Clerk/County Judge                Date

JLF No.: 22-027322



RECEIVED APR 25 2023

| COUNTY COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DRIVE, BRIGHTON, CO 80601<br>Plaintiff(s):<br>COLORADO HOUSING AND FINANCE AUTHORITY<br><br>Defendant(s):<br>ERIC M WITT AND ANY AND ALL OCCUPANTS | ISSUED BY COURT<br>Adams County Sheriff's Office<br>04/20/2023<br>DATE FILED: April 20, 2023 2:15 PM<br>CASE NUMBER: 2023C33567<br><br>▲ COURT USE ONLY ▲ |
|---|---|
| Attorneys:<br>Janeway Law Firm, P.C.<br>9800 S. Meridian Blvd., Suite 400<br>Englewood, CO 80112<br>Phone No: (855) 263-9295<br>Fax No: (303) 706-9994<br>Atty Reg#15592 Lynn M. Janeway (lynn@janewaylaw.com)<br>Atty Reg#40042 David R. Doughty (david@janewaylaw.com)<br>Atty Reg#34531 Alison L. Berry (alisonberry@janewaylaw.com)<br>Atty Reg#34861 N. April Winecki (nawinecki@janewaylaw.com) | Case No.: 2023C33567<br><br>Div: 8   Courtroom: |
| **WRIT OF RESTITUTION** | |

1. Judgment entered:

    On APRIL 14, 2023 the plaintiff obtained a judgment to obtain possession of the premises located at:

2. Description of Premises

LOT 1, BLOCK 4, THE CENTENNIAL ADDITION, COUNTY OF ADAMS, STATE OF COLORADO.

APN #: 0181528416008
Purported Common Address: 170 COOLIDGE CT, BENNETT, CO 80102

3. Order of Eviction

    If (check one)     ☒ the defendants and all other occupants
    ☐ the defendants: (enter names) _____

remain on the premises more than 10 days after the date of judgment, you are ordered to remove them and their property and restore possession of the premises to the plaintiff. This Writ of Restitution shall remain in effect for 49 days after issuance and shall automatically expire thereafter. C.R.S. § 13-40-115(3).

_____     _____
Clerk/County Judge                                    Date

JLF No.: 22-027322