Gmail                                                                         Eric Witt <ericwitt34@gmail.com>

## RE: urgent CORA request for record

**Eric Witt** <ericwitt34@gmail.com>                                               Mon, Mar 18, 2024 at 12:27 PM
Draft To: Eric Witt <ericwitt34@gmail.com>

---------- Forwarded message ---------
From: kandt, brenda <brenda.kandt@judicial.state.co.us>
Date: Wed, Aug 2, 2023 at 12:38 PM
Subject: RE: urgent CORA request for record
To: ericwitt34@gmail.com <ericwitt34@gmail.com>

Hello Mr. Witt,

Thank you for brining this to my attention. The two Writs are different in that one is a proposed Writ that was filed by the Petitioner and reviewed before issuing. The second is the issued Writ that was signed and sent to the Petitioner.

Attached is a Register of Actions that is the court record for the case.  I am happy to provide copies of any documents to filed in the court record.  Please note any copies provided over 4 pages is .25 per page.  Certification is $20.00 per document.

For administrative information regarding procedural, sworn affidavits or audit logs, you may need to contact our State Court Administrator's Office at https://www.courts.state.co.us/Administration/records/

Sincerely,

Adams County Records Department

From: Eric Witt <ericwitt34@gmail.com>
Sent: Friday, July 28, 2023 11:14 AM
To: AdamsRecordRequest <AdamsRecordRequest@judicial.state.co.us>
Subject: [External] Re: urgent CORA request for record

EXTERNAL EMAIL: This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Clerk of the Court,

I am writing as a party involved in the case of 23cv33567. I have discovered significant inconsistencies in the metadata of the Writ of Restitution related to this case, which has led to serious concerns about the integrity of the legal proceedings.

Specifically, the creation dates in the metadata for two versions of the same document, one with a signature and one without, are inconsistent with the logical order of these documents. This discrepancy demands immediate investigation.

Given the gravity of this situation and its implications for the integrity of the judicial process, I urgently request the following:

Audit Logs: All relevant audit logs from your document management system detailing the creation, modification, and access history of both versions of the document.

Document Version History: The complete version history of both documents, including timestamps for each version and the changes made.

Affidavits: Sworn affidavits from all individuals involved in handling, signing, or filing the documents, detailing their actions and confirming the authenticity of the documents.

Procedural Information: Detailed information on your court's standard procedures for document handling and filing, and the systems used for these processes.

I recognize that this request may present legal, privacy, or technical challenges. However, it is not only in my interest but also in the public interest to ensure the integrity of our legal process. I therefore insist that you provide as much information as permissible by law.

In light of my financial situation, I am unable to cover any fees associated with this request. I hereby apply for a fee waiver and hope that this will not impede the provision of this essential information.

Please do not hesitate to contact me if you require additional information to process this request or the fee waiver. I anticipate and insist upon a prompt response, given the seriousness of this issue.

Sincerely,

Eric Witt

On Fri, Jul 28, 2023 at 9:12 AM AdamsRecordRequest <AdamsRecordRequest@judicial.state.co.us> wrote:

Hello,

Attached is the proposed Writ of Restitution filed on 04/20/23 and the Writ of Restitution issued on 04/20/23. If you would like these documents certified, it is $20.25 for each document.

If you would like any part of your email correspondence regarding the records request in the file, please file into the case so it is part of the court record.

Sincerely,

Adams County Records Department

From: Eric Witt <ericwitt34@gmail.com>
Sent: Wednesday, July 26, 2023 7:46 PM
To: AdamsRecordRequest <AdamsRecordRequest@judicial.state.co.us>
Subject: [External] Re: urgent CORA request for record

EXTERNAL EMAIL: This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Anita,

Under the authority of the Colorado Open Records Act, § 24-72-201 et seq., I, Eric Witt, demand immediate access to inspect and obtain copies of public records. These records relate to Case No. 23cv33567, specifically the metadata from the original writ of restitution.

In my previous request, I stated: "Please provide a complete digital copy of this document in its original electronic format as submitted to and used by the court. I am seeking the full digital version of the record." and then received a digital copy of the writ of restitution for this case via email. However, the metadata from this emailed file raises significant concerns. The PDF attached to the email, allegedly a copy of the original writ, indicates that the document was created and modified on July 26, 2023. This date is inconsistent with the expected creation date of the original writ, which should have been issued on or around April 20, 2023.

 In addition, there are noticeable discrepancies between the document I received and the original writ of restitution shown to me during the eviction proceedings. These inconsistencies leave me no doubt about the lack of authenticity of the document provided.

In light of these concerns, I am requesting the original metadata from the writ of restitution as submitted to and used by the court on or around April 20, 2023. It is vital that this metadata be provided in its original, unaltered form to ensure accuracy and authenticity. This includes but is not limited to, file creation dates, modification dates, author information, and any other data that could provide insight into the document's history and legitimacy.

 The authenticity and integrity of court records are of paramount importance, not only for the involved parties but also for the public's trust in the judicial process. Therefore, this request serves not only my personal interest but also the public

interest.

Please provide all requested data in its entirety without delay. If there are any fees associated with this request, please inform me in advance. However, given the public interest and legal implications associated with this request, I urge you to consider waiving any such fees. If any part of this request is denied, please provide a detailed explanation, citing specific legal exemptions, and inform me of the appeal procedures available under the law.

P.S. Rest assured ALL parties involved in tampering with this evidence will be held accountable in federal civil litigation for their involvement in the fraud. At the end of this email, there's a section titled "FYI", I would suggest thoroughly reading it.

Regards,

Eric Witt

FYI

Zubulake v. UBS Warburg LLC, 229 F.R.D. 422 (S.D.N.Y. 2004): This case is a landmark decision in the area of electronic discovery. The court held that a party's duty to preserve evidence extends to electronic documents and metadata. The court also discussed the importance of metadata in providing context and authenticity to electronic documents.

Aguilar v. Immigration and Customs Enforcement Div. of U.S. Dept. of Homeland Sec., 255 F.R.D. 350 (S.D.N.Y. 2008): In this case, the court ordered the preservation of metadata associated with electronic documents. The court noted that metadata can be crucial in establishing the authenticity, reliability, and relevance of electronic evidence.

Voelker v. Porsche Cars North America, Inc., 353 F.3d 516 (7th Cir. 2003): This case involved a dispute over the preservation of electronic evidence, including metadata. The court emphasized the importance of preserving electronic evidence in its original format, including any associated metadata.

Williams v. Sprint/United Management Co., 230 F.R.D. 640 (D. Kan. 2005): In this case, the court held that metadata was "inherently part of an electronic record" and thus should be produced along with the electronic document.

US Federal Law

18 U.S.C. § 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy

This law makes it a federal crime to knowingly alter, destroy, mutilate, conceal, cover up, falsify, or make a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case.

"Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both."

18 U.S. Code § 2071 - Concealment, removal, or mutilation generally: This law states that anyone who willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined or imprisoned not more than three years, or both.

18 U.S. Code § 1506 - Theft or alteration of record or process; false bail: This law states that anyone who feloniously steals, takes away, alters, falsifies, or otherwise avoids any record, writ, process, or other proceeding, in any court of the United States, whereby any judgment is reversed, made void, or does not take effect, shall be fined or imprisoned not more than five years, or both.

It's Time

There comes a pivotal moment when we must uphold our principles and do what's right, setting an example for our children and future generations. We all possess the wisdom to distinguish right from wrong, and we have the strength to confront what's unjust. It may be a challenging path to traverse, but for those of us with a resolute ethical conscience, it's essential to pave the way for a better tomorrow. By standing up, even in the face of adversity, we show the way forward and sow the seeds of a brighter future for generations to come.

---

**3 attachments**


**104186723.pdf**
118K


**104186731.pdf**
172K


**000001.PDF**
118K