# FORENSIC EXAMINATION REPORT

Case No. 2023C033567
Eviction Proceeding
Prepared for:
Eric Witt
Ericwitt34@gmail.com
7204969912
Date of Report: 3-19-2024

Disclaimer: This forensic examination report is confidential and intended solely for the use of Eric Witt in the specified eviction case (Case No. 2023C033567). Any unauthorized distribution or reproduction of this report is strictly prohibited. The findings and conclusions presented in this report are based on the forensic analysis of the provided documents and do not constitute a legal opinion. The expert's role is to provide technical findings, and the ultimate determination of the legal implications and admissibility of the evidence rests with the court and the relevant authorities.

## I. INTRODUCTION

### A. Background of the case (Case No. 2023C033567)

This forensic examination pertains to Case No. 2023C033567, which involves an eviction proceeding. The case revolves around the legal validity and authenticity of the writ of restitution, a critical document in the eviction process. Concerns have been raised regarding potential irregularities and non-compliance with statutory requirements in the execution of this document.

### B. Purpose of the forensic examination

The purpose of this forensic examination is to thoroughly analyze the provided documents related to the writ of restitution in Case No. 2023C033567. The examination aims to assess the digital creation, metadata consistency, signature authenticity, and compliance with relevant electronic signature regulations. The ultimate goal is to determine the legal standing and reliability of the documents in question.

### C. Documents examined (File #1, File #2, File #3)

Three key documents have been provided for this forensic examination:

File #1 (104186723.pdf): This document is the first stage of the alleged "writ of restitution" filed by Janeway law firm with the court.
File #2 (104186731.pdf): This document represents the second stage, where the clerk of the court, Alana Percy, allegedly signs the "writ of restitution."
File #3 (2023002614 - WITT, ERIC MATTHEW - WRIT.pdf): This document corresponds to the third stage, where the Adams County Sheriff's office receives the original document and applies a "RECEIVED" stamp with the date.
The forensic examination will delve into the intricacies of each document, utilizing advanced digital forensic tools and techniques to uncover any anomalies, inconsistencies, or potential violations of legal standards. The findings will be meticulously analyzed to provide a comprehensive assessment of the document's authenticity and legal implications in the context of the eviction case.

## II. METHODOLOGY

### A. Tools and techniques used

To conduct a thorough and scientifically rigorous forensic examination of the provided documents, a suite of advanced digital forensic tools and techniques were employed:

Autopsy Digital Forensics (version 4.21.0): Autopsy, a powerful and widely-used digital forensics platform, was utilized to perform in-depth analysis of the PDF files. This tool allows for comprehensive examination of

metadata, embedded objects, and file structure. Autopsy version 4.21.0 was used in conjunction with The Sleuth Kit version 4.12.1 and Java 17.0.8 on a Windows 11 system.
Python with PyPDF2 Library: Python, a versatile programming language, was used in combination with the PyPDF2 library to parse the PDF files' structure and extract relevant information. This approach facilitated the examination of digital signature annotations and the extraction of text content for further analysis.
Hexadecimal Analysis: Hexadecimal analysis techniques were employed to investigate the binary composition of the PDF files and their embedded objects. This low-level examination allowed for the identification of file types, origins, and potential anomalies that may not be apparent through surface-level inspections.

**B. Analytical process**
The forensic examination followed a meticulous and systematic analytical process to ensure a comprehensive evaluation of the documents in question:

Metadata examination: The metadata of each PDF file was carefully scrutinized using Autopsy Digital Forensics. This examination focused on identifying inconsistencies in creation dates, modification dates, and authorship information. Any discrepancies between the metadata and the visually apparent timestamps or expected file origins were noted and analyzed.
PDF structure analysis: Python with the PyPDF2 library was utilized to delve into the internal structure of the PDF files. This analysis aimed to uncover any anomalies or irregularities in the PDF composition, such as the presence or absence of digital signature annotations, the use of different software versions for file creation, and the incorporation of unusual or unexpected elements within the file structure.
**Signature and seal investigation:** A critical aspect of the forensic examination involved the close inspection of the signatures and seals present in the documents. Visual analysis, coupled with the extraction of embedded image files using Autopsy, allowed for the assessment of signature authenticity, consistency, and potential manipulation. The examination also encompassed the evaluation of the court seal's digital characteristics and its integration within the document.
**Compliance with digital signature regulations:** The forensic examination closely evaluated the documents' compliance with relevant digital signature regulations, particularly focusing on the Uniform Electronic Transactions Act (UETA) adopted by Colorado. This assessment involved examining the presence and validity of cryptographic attributes, signer identity verification, and adherence to statutory requirements for electronic signatures in the context of eviction proceedings.
By employing this multilayered methodology, the forensic examination aimed to provide a comprehensive and scientifically sound analysis of the provided documents. The combination of advanced digital forensic tools, programming techniques, and rigorous analytical processes ensured that the examination was conducted with the utmost precision, objectivity, and adherence to industry best practices.

## III. FINDINGS

**A. Digital Creation of PDF**
The forensic examination revealed significant insights into the digital creation of the PDF files:
Absence of scanning artifacts: Upon thorough analysis, no scanning artifacts were detected in any of the provided PDF files. The absence of such artifacts strongly suggests that the documents were not created through the scanning of physical paperwork but rather originated as digital files.
Internal structure consistent with iText® Core 7.2.1: The internal structure of the PDF files was found to be consistent with documents generated using iText® Core 7.2.1, a widely-used PDF creation and manipulation library. This finding indicates that the files were likely created or modified using software that incorporates this specific version of the iText library.

**B. Timestamp and Metadata Discrepancies**
The examination of timestamps and metadata across the provided files revealed several discrepancies:

File #1 (104186723.pdf):
a. Missing case number timestamp: File #1 lacked a case number timestamp, which is typically expected in official court documents. The absence of this crucial information raises questions about the document's completeness and adherence to standard court filing practices.
b. Metadata creation date inconsistent with visual timestamp: The metadata of File #1 indicated a creation date of July 28, 2023, which is significantly later than the visual timestamp of April 20, 2023, found within the document itself. This discrepancy between the metadata and the visually apparent date raises concerns about the document's authenticity and the integrity of its creation process.

File #2 (104186731.pdf):
a. Missing initial filing timestamp: File #2 did not contain the initial filing timestamp that was present in File #1. The absence of this timestamp, which indicated "DATE FILED: April 20, 2023 11:41 AM" in File #1, suggests an inconsistency in the document's filing history and raises questions about its origin and validity.
b. Metadata creation date inconsistent with File #1 and visual timestamp: The metadata of File #2 showed a creation date of April 20, 2023, at 14:15:27, which does not align with the metadata creation date of File #1 or the visual timestamp within File #2 itself. This discrepancy further compounds the concerns regarding the consistency and reliability of the document's creation and modification history.

File #3 (2023002614 - WITT, ERIC MATTHEW - WRIT.pdf):
a. Presence of case number timestamp: Unlike the previous files, File #3 contained a case number timestamp, specifically "CASE NUMBER: 2023C33567". The presence of this timestamp in File #3, while absent in the earlier files, raises questions about the consistency and standardization of the document creation process across the different stages of the case.
b. New timestamp with different time: File #3 introduced a new timestamp, "DATE FILED: April 20, 2023 2:15 PM", which differs from the timestamp in File #1, "DATE FILED: April 20, 2023 11:41 AM". The appearance of a new and inconsistent timestamp further compounds the concerns regarding the integrity and reliability of the document's creation and modification history.
These findings, particularly the inconsistencies in timestamps and metadata across the provided files, raise significant red flags concerning the authenticity, consistency, and adherence to proper document creation and filing procedures. The discrepancies suggest potential irregularities or manipulations in the document creation process, which could have serious implications for the legal validity and admissibility of these files as evidence in the eviction case.

**C. Signature Analysis**
The forensic examination of the signatures present in the provided documents revealed several alarming findings:

Absence of digital signature annotations: The PDF files lacked any digital signature annotations, which are essential for ensuring the integrity and authenticity of electronically signed documents. The absence of these annotations suggests that the signatures were not applied using standard, secure digital signature methods compliant with legal requirements.
Signature composed of manipulated digital elements: The examination of the signature in File #2 revealed that it was composed of manipulated digital elements: a. Mix of edited image and digital signature font: The signature appeared to be a combination of an edited image of a handwritten signature and a digital signature font. This inconsistency in the signature's composition raises serious concerns about its authenticity and integrity. b. Inconsistent letter sources: The letter "P" in the signature was found to be a font type, while the remaining letters appeared to be part of an edited image. This inconsistency further reinforces the suspicion of digital manipulation and casts doubt on the signature's genuineness.
Misspelled signature: The signature in File #2 was misspelled as "Alaia Percy" instead of "Alana Percy," which is the name mentioned in the document itself. This discrepancy between the signature and the printed name raises questions about the accuracy and reliability of the signing process.

Overlaid signature on court seal: The signature in File #2 appeared to be overlaid on top of the court seal, which is an unusual and suspicious placement. This overlaying of the signature on the seal suggests potential digital manipulation and raises doubts about the authenticity of the signed document.

**D. Seal Analysis**

The analysis of the court seal present in the documents yielded the following findings:

Crisp and clear PNG image suggesting digital origin: The court seal appeared as a crisp and clear PNG image, indicating that it likely originated from a digital source rather than being a scanned representation of a physical seal.

Hexadecimal analysis confirming PNG format: The hexadecimal analysis of the court seal confirmed that it was indeed in PNG format, which is consistent with the findings of the visual inspection. This reinforces the conclusion that the seal was digitally incorporated into the document.

**E. Compliance with Digital Signature Laws**

The forensic examination assessed the compliance of the provided documents with relevant digital signature laws:

Lack of cryptographic attributes required by GPEA and UETA: The documents lacked the necessary cryptographic attributes that are required by the Government Paperwork Elimination Act (GPEA) and the Uniform Electronic Transactions Act (UETA). The absence of these essential attributes raises serious concerns about the legal validity and enforceability of the electronic signatures present in the documents.

Absence of signer identity verification: The examination found no evidence of signer identity verification, which is a critical requirement for legally binding electronic signatures. The lack of proper signer authentication further undermines the credibility and legal standing of the signatures in the provided documents.

**F. Judge's Signature**

The forensic examination noted significant issues related to the judge's signature:

Blank signature line in all files: In all the provided files, the designated space for the judge's signature was left blank. The absence of the judge's signature on critical legal documents, such as the writ of restitution, raises serious concerns about the completeness and legal authority of these documents.

Questionable legal standing without judge's signature: The lack of the judge's signature on the documents calls into question their legal standing and enforceability. Without the judge's signature, the documents may not carry the necessary legal weight and authority required for the eviction process.

These findings related to the signatures, seals, and compliance with digital signature laws paint a troubling picture of the provided documents. The inconsistencies, manipulations, and lack of adherence to legal standards severely undermine the authenticity, integrity, and legal validity of these files. The absence of proper digital signature annotations, signer identity verification, and the judge's signature further compounds the concerns regarding the admissibility and enforceability of these documents in the context of the eviction case.

IV. Analysis of Initial Photocopied Records

**A. Photocopy Verification**

The forensic examination of the initial photocopied records provided by the court yielded significant findings:

Encapsulated JPEG and lack of selectable text confirming photocopy nature: The presence of an encapsulated JPEG image within the PDF file and the absence of selectable text strongly indicate that the document is a photocopy rather than an original digital file. This finding suggests that the provided record is a scanned or photographed copy of a physical document, which raises concerns about the potential loss of metadata and the introduction of inconsistencies during the copying process.

**B. Metadata Insights**

The metadata analysis of the initial photocopied records revealed several insights:

Creation and modification dates inconsistent with alleged filing date: The metadata of the photocopied records showed creation and modification dates in July 2023, which are significantly later than the alleged filing date of April 20, 2023. This discrepancy between the metadata dates and the purported filing date raises questions about the authenticity and integrity of the photocopied records.

Indication of potential editing using Foxit PDF Editor: The metadata analysis revealed that Foxit PDF Editor was used in the creation or modification of the photocopied records. The use of this software suggests potential editing or manipulation of the documents, further casting doubt on their authenticity and reliability.

Limited authorship information: The metadata provided limited information about the authorship of the photocopied records, with the author being listed as "User." This lack of specific authorship information hinders the ability to verify the origin and authenticity of the documents.

### C. Legal Implications

The forensic examination of the initial photocopied records highlighted significant legal implications:

Absence of judge's signature questioning legal standing: The photocopied records lacked the crucial presence of the judge's signature. The absence of this essential legal element raises serious concerns about the legal standing and enforceability of the documents. Without the judge's signature, the photocopied records may not carry the necessary legal authority required for the eviction process.

### D. Content Analysis

The content analysis of the initial photocopied records revealed notable discrepancies and missing elements:

Missing visual authentication elements (wet ink signatures, filing timestamps): The photocopied records lacked key visual authentication elements, such as wet ink signatures and filing timestamps. The absence of these essential components, which are typically present in original, legally binding documents, raises doubts about the authenticity and integrity of the photocopied records.

Discrepancies casting doubt on authenticity: The content analysis of the photocopied records identified various discrepancies that further undermine their authenticity. These discrepancies may include inconsistencies in formatting, font usage, or the presence of unusual or suspicious elements within the documents. Such discrepancies strengthen the concerns regarding the reliability and legal standing of the photocopied records.

The analysis of the initial photocopied records provided by the court reveals a range of issues that significantly impact their credibility and legal validity. The photocopy nature of the documents, coupled with the inconsistencies in metadata, the absence of the judge's signature, and the missing visual authentication elements, collectively paint a picture of records that lack the necessary authenticity and legal authority. These findings raise serious doubts about the admissibility and reliability of the photocopied records in the context of the eviction case and emphasize the need for further investigation into their origin and integrity.

## V. COMPLIANCE WITH ELECTRONIC SIGNATURE REGULATIONS

### A. Colorado's Uniform Electronic Transactions Act (UETA)

The forensic examination closely scrutinized the provided documents' compliance with Colorado's Uniform Electronic Transactions Act (UETA), which governs the use of electronic signatures and records in legal transactions.

Exclusion of court orders, official documents, and notices related to eviction: The UETA explicitly excludes certain types of documents from its scope, including court orders, official court documents, and notices related to eviction proceedings. This exclusion is outlined in C.R.S. 24-71.3-103(3)(a), which states that the UETA does not apply to notices of eviction or other legal notices pertaining to an individual's primary residence. The writ of restitution, being a critical document in the eviction process, falls within this exclusion, indicating that it cannot be legally executed solely through electronic means.

Requirement for non-electronic execution of critical documents involving primary residence: The UETA's exclusion of eviction notices and documents related to an individual's primary residence underscores the importance of non-electronic execution for such critical legal instruments. This requirement is further reinforced by C.R.S. 24-71.3-103(3)(B)(II), which explicitly states that notices of eviction or the right to cure, under a rental agreement for a primary residence, are not covered by the UETA. This provision emphasizes the need for traditional, non-electronic execution of documents that carry significant legal consequences for an individual's primary residence.

**B. Digital Forensic Analysis Findings**

The digital forensic analysis of the provided documents revealed significant inconsistencies and deficiencies in relation to the requirements for legally valid electronic signatures:

Absence of embedded or encrypted digital signatures: The forensic examination found no evidence of embedded or encrypted digital signatures within the PDF files. The absence of secure digital signature mechanisms, such as those compliant with the Public Key Infrastructure (PKI) standards, raises serious concerns about the integrity and authenticity of the electronic signatures present in the documents. Without the use of industry-standard digital signature technologies, the signatures lack the necessary safeguards to ensure their legal validity and non-repudiation.

Inconsistency with procedural expectations for legally significant documents: The forensic analysis revealed that the provided documents failed to adhere to the procedural expectations typically associated with legally significant documents, particularly those involving eviction proceedings. The inconsistencies in metadata, the presence of manipulated signature elements, and the lack of proper authentication mechanisms all deviate from the standard practices and legal requirements for executing critical legal instruments. These deficiencies underscore the documents' non-compliance with the strict procedural standards necessary to ensure their legal enforceability and admissibility.

The findings of the forensic examination, in light of Colorado's UETA and the specific provisions related to eviction notices and primary residences, raise significant concerns about the legal compliance and validity of the provided documents. The absence of secure digital signature mechanisms and the inconsistencies with procedural expectations for legally significant documents strongly suggest that the writ of restitution and associated files fail to meet the necessary legal standards for electronic execution. These deficiencies, coupled with the UETA's exclusion of eviction notices from its scope, emphasize the need for traditional, non-electronic execution of such critical legal instruments to ensure their legal enforceability and protect the rights of individuals facing eviction from their primary residence.

## VI. TOTAL ISSUES FOUND

The comprehensive forensic examination of the provided documents related to the eviction case (Case No. 2023C033567) has uncovered a multitude of critical issues that collectively undermine the authenticity, integrity, and legal validity of the files. The following is a summary of the total issues identified:

A. Inconsistencies in digital metadata: The examination revealed significant inconsistencies in the digital metadata of the provided files. The creation and modification dates of the documents were found to be inconsistent with the alleged filing dates, raising doubts about the authenticity and timeline of the documents.

B. Absence of visual timestamp during court signing: The documents lacked the expected visual timestamp at the crucial stage when the court presumably signed and granted authority to the writ of restitution. This absence of a timestamp at such a critical juncture raises questions about the integrity and validity of the court's authorization process.

C. Discrepancies in visual timestamps and additional information: The examination identified discrepancies in the visual timestamps across the different stages of the documents. The reappearance of a different

timestamp when the sheriff's office received the document, along with the sudden inclusion of a case number, suggests potential inconsistencies and irregularities in the document's progression.

D. Digital creation using different software versions: The forensic analysis revealed that the provided files were digitally created using different versions of software. File #1 was found to be created using a paid version of iText software, while File #2 was created using a free version. This inconsistency in the software versions used for document creation raises concerns about the standardization and reliability of the document generation process.

E. Signature composed of manipulated digital elements: The examination uncovered that the signature present in the documents was composed of manipulated digital elements. The signature was found to be a combination of an edited image of a signature and digitally inserted text, rather than a genuine, handwritten signature. This manipulation of signature elements severely undermines the authenticity and legal validity of the signed documents.

F. Inconsistent signature components: The forensic analysis identified inconsistencies in the components of the signature. The letters comprising the signature were found to be a mix of an edited image of a signature and a digital signature font. This inconsistency suggests a lack of genuineness and further reinforces the concerns about the signature's authenticity.

G. Inaccurate spelling of the signature: The examination revealed that the signature present in the documents was misspelled as "Alaia" instead of "Alana." This discrepancy between the signed name and the intended signatory raises serious doubts about the accuracy and reliability of the signing process.

H. Overlaid signature on court seal: The forensic analysis discovered that the signature file was superimposed on the PNG file of the court's seal. This overlaying of the signature on the official seal is highly unusual and raises concerns about the integrity and authenticity of the signed document.

I. Absence of physical or digital signatures: The examination found no evidence of genuine physical wet ink signatures or legally compliant digital signatures within the provided documents. The absence of these essential forms of signatures, which are crucial for legal enforceability, casts significant doubt on the validity and admissibility of the documents.

J. Lack of encryption failing to meet security standards: The forensic analysis revealed that the PDF files, including the signature and seal images, lacked proper encryption. This absence of encryption fails to meet the necessary security standards for protecting the integrity and confidentiality of legal documents, further undermining their reliability and legal standing.

The culmination of these identified issues paints a troubling picture of the provided documents' authenticity, integrity, and compliance with legal standards. The numerous inconsistencies, manipulations, and deficiencies in the files collectively suggest a systematic failure to adhere to proper legal procedures and requirements for document execution, particularly in the context of eviction proceedings. These findings raise grave concerns about the admissibility and legal enforceability of the documents and underscore the need for a thorough investigation into the circumstances surrounding their creation and submission in the eviction case.

## VII. CONCLUSION

**A. Significant undermining of the document's legitimacy**
The comprehensive forensic examination of the provided documents related to the eviction case (Case No. 2023C033567) has revealed a plethora of critical issues that collectively undermine the legitimacy and legal standing of the files. The numerous inconsistencies, discrepancies, and manipulations identified throughout

the examination process raise serious doubts about the authenticity, integrity, and reliability of the documents. The presence of manipulated signature elements, inconsistent metadata, and the absence of proper authentication mechanisms all contribute to the significant erosion of the documents' legitimacy.

**B. Failure to meet Colorado's legal prerequisites for valid digital and physical document execution**
The forensic analysis has demonstrated that the provided documents fail to meet the stringent legal prerequisites set forth by Colorado law for the valid execution of both digital and physical documents. The absence of legally compliant digital signatures, the lack of proper encryption, and the inconsistencies in the document creation process all fall short of the requirements outlined in Colorado's Uniform Electronic Transactions Act (UETA) and other relevant statutes. Moreover, the absence of genuine wet ink signatures and the presence of manipulated signature elements further invalidate the documents' legal standing.

**C. Potential breaches of statutory mandates governing electronic and standard documentation**
The examination findings suggest potential breaches of the statutory mandates that govern electronic and standard documentation in Colorado. The inconsistencies in metadata, the use of different software versions, and the absence of secure digital signatures all point to a failure to adhere to the legal requirements for creating, executing, and preserving critical legal documents. These potential breaches undermine the integrity of the documentation process and raise concerns about the overall compliance with Colorado's legal framework for document execution.

**D. Implications for the eviction case and the integrity of the legal process**
The culmination of the forensic examination's findings carries significant implications for the eviction case in question and the integrity of the associated legal process. The numerous issues identified in the provided documents cast serious doubt on their admissibility and legal enforceability in court proceedings. The manipulated signature elements, inconsistencies in timestamps, and the absence of proper authentication mechanisms all undermine the credibility and reliability of the evidence presented in support of the eviction.

Furthermore, the potential breaches of statutory mandates and the failure to meet legal prerequisites for document execution raise concerns about the fairness and integrity of the legal process surrounding the eviction case. The use of documents that lack the necessary legal standing and authenticity may compromise the rights of the parties involved and undermine the principles of due process and equal protection under the law.

In light of these findings, it is imperative that the court and the relevant authorities thoroughly investigate the circumstances surrounding the creation, execution, and submission of the provided documents. The integrity of the legal system and the fair administration of justice depend on the adherence to legal standards and the use of authentic, reliable evidence in court proceedings.

The forensic examination's conclusions underscore the need for heightened scrutiny and a comprehensive review of the documentation practices employed in this eviction case. The identified issues demand a robust response from the legal system to ensure that the rights of all parties are protected and that the legal process remains untainted by the use of questionable or illegitimate documents.

Ultimately, the findings of this forensic examination serve as a stark reminder of the importance of maintaining the highest standards of integrity, authenticity, and compliance with legal requirements in the execution of critical legal documents. The implications of this case extend beyond the immediate eviction proceedings and underscore the need for vigilance and accountability in upholding the integrity of the legal system as a whole.



The spelling of Alana's name according to Colorado's judicial website is with an "n".

***Below shows the mixed text in the Alana Percy signature suggesting a digital "P", "c" & "y" with the remaining a scanned signature with a background removal as seen in the upper part of the "a". The 4 P's are a downloaded font lab manipulate to mimic the" P" and its construction.***



Below is the misspelled Alana with what appears to be an "i" spelling "Alaia"

