**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01550-SBP


ERIC WITT,

      Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ANTONIO MAEZ, ADAMS COUNTY SHERIFF'S DEPUTY,
JANEWAY LAW FIRM, PC,
TOWN OF BENNETT,
JUDGE SHAWN DAY,
PROSECUTOR JOSEPH LICO,
KRISTOFER RUNGE, ADAMS COUNTY SHERIFF'S DEPUTY,
JOHN DOE #1, ADAMS COUNTY SHERIFF'S DEPUTY,
JOHN DOE #2, ADAMS COUNTY SHERIFF'S DEPUTY,
SONYA ZIMMERMAN, TOWN OF BENNETT COMMUNITY SERVICE OFFICER,
KEITH BUONO, TOWN OF BENNETT LEAD COMMUNITY SERVICE OFFICER,
KENDRA HAWES, ADMINISTRATIVE ASSISTANT,
CALEB J. CONNER, BATTALION CHIEF - FIRE MARSHAL,
JOHN/JANE DOE OF TOWN OF BENNETT(UTILITIES),

      Defendants.

---

MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

      Plaintiff's Motion for Acceptance of Late-Filed Amended Complaint (ECF No. 22) is granted in part and denied in part.   The second amended Complaint filed March 22, 2024 is accepted, and the Court will review the second amended Complaint pursuant to D.C.COLO.LCivR 8.1(a).   To the extent Plaintiff requests that the Clerk issue summonses for service on the defendants, the request is denied as premature.

      DATED: March 28, 2024

---