# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.              23-cv-01550-KLM

Eric Witt_____, Plaintiff

v.

Adams County,
Adams County Sheriff's Office,
Antonio Maez, Adams County Sheriff's Deputy,
Janeway Law Firm, PC,
Town of Bennett,
Judge Shawn Day,
Prosecutor Joseph Lico,
Kristofer Runge, Adams County Sheriff's Deputy,
John Doe #1, Adams County Sheriff's Deputy,
John Doe #2, Adams County Sheriff's Deputy,
Sonya Zimmerman, Town of Bennett Community Service Officer,
Keith Buono, Town of Bennett Lead Community Service Officer,
Kendra Hawes, Administrative Assistant,
Caleb J. Conner, Battalion Chief - Fire Marshal,
John/Jane Doe of Town of Bennett(utilities) ,

**Jury Trial requested:**
(please check one)
**Yes_X_No___**

## EMERGENCY MOTION FOR LEAVE TO FILE EXCESS PAGES FOR EMERGENCY MOTION TO PRESERVE EVIDENCE, COMPEL DISCLOSURE, AND GRANT EMERGENCY MONETARY RELIEF

Plaintiff Eric Witt, pro se, respectfully moves this Court pursuant to D.C.COLO.MJ V.2 for leave to file an emergency motion that exceeds the page limit set forth in the Uniform Civil Practice Standards of the United States Magistrate Judges for the District of Colorado. In support of this motion, Plaintiff states as follows:

1. Plaintiff intends to file an Emergency Motion to Preserve Evidence, Compel Disclosure, and Grant Emergency Monetary Relief ("Emergency Motion") in this complex civil rights action involving multiple defendants and serious allegations of constitutional violations.

2. Due to the number of parties, the complexity of the legal issues, and the need to present detailed factual support for the requested emergency relief, Plaintiff's Emergency Motion is approximately 23 pages long, which exceeds the 15-page limit for motions under D.C.COLO.MJ V.2.

3. The additional pages are necessary to fully inform the Court of the extensive pattern of misconduct by government actors, the imminent risk of spoliation of critical evidence, and the irreparable harm that Plaintiff faces without prompt judicial intervention.

4. Specifically, the Emergency Motion details the following:

a. The use of allegedly fraudulent court documents and altered evidence by multiple defendants to deprive Plaintiff of his constitutional rights;

b. Complex legal issues implicating the First, Fourth, and Fourteenth Amendments, as well as federal and state statutes and doctrines such as Younger abstention and Heck v. Humphrey;

c. The need for extensive emergency relief, including an ex parte preservation order, expedited disclosure, an independent forensic examination, and provisional monetary relief, which requires in-depth factual and legal justification; and

d. Plaintiff's good faith efforts to present the issues efficiently and concisely, recognizing the challenges faced as a pro se litigant without the benefit of counsel to distill the arguments.

5. Courts have found good cause to allow modest enlargements of page limits in comparable circumstances involving complex, multi-party litigation implicating substantial constitutional rights. See, e.g., Noe v. Cty. of Lake, No. 1:20-cv-136-HAB-SLC, 2021 WL 2885037, at *3 (N.D. Ind. July 9, 2021).

6. Plaintiff attaches the proposed 23-page Emergency Motion as Exhibit A to this filing for the Court's reference in evaluating the need for the excess pages. If leave is granted, Plaintiff will promptly re-file the Emergency Motion as a separate docket entry.

7. Given the exigent circumstances and risk of imminent harm detailed in the Emergency Motion, Plaintiff respectfully requests expedited consideration of this request for leave to exceed the page limit.

WHEREFORE, Plaintiff Eric Witt respectfully requests that the Court grant leave to file an Emergency Motion to Preserve Evidence, Compel Disclosure, and Grant Emergency Monetary Relief of up to 23 pages, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, Eric Witt, Plaintiff pro se

s/Eric Witt
Monday, April 22, 2024
Eric Witt
Without Prejudice U.C.C. 1-308
22204 E Belleview Pl,
Aurora, CO 80015
 ericwitt34@gmail.com