

## RE: Requesting records  Inbox ×

**David R. Doughty**  Wed, Mar 27
to me

We are not subject to the CORA; we are not a custodian of public records. You can request any such records directly from the court. Our further communication.

Sent from Xink as Plain Text
-----Original Message-----
From: Eric Witt <ericwitt34@gmail.com>
Sent: Tuesday, March 26, 2024 3:45 PM
To: Alison L. Berry <AlisonBerry@janewaylaw.com>; nawinecki@janewaylaw.com; David R. Doughty <david@janewaylaw.com>; Lynn M
Subject: Requesting records

Dear Janeway Law Firm,

Pursuant to the Colorado Open Records Act (CORA), C.R.S. § 24-72-201 et seq., I am writing to request a complete and unaltered copy filed by your firm in the eviction case against me, Eric Witt (Case No. 2023C033567), as well as all related records and documentation.

Under CORA, all public records are presumed to be open and accessible to the public, unless they fall within a specific statutory exempti C.R.S. § 24-72-203(1)(a) states that "all public records shall be open for inspection by any person at reasonable times," and C.R.S. § 24-72-202(6)(a)(I) defines "public records" to include "all writings made, maintained, or kept by the state, any agency, institution, ... or political subdivision of the state."

As a law firm acting on behalf of the court and the sheriff's office in the eviction proceedings, your records related to the issuance and exe CORA. Therefore, I am specifically requesting that you provide:

A high-resolution, color scan of the original, physical writ of restitution document that was signed in wet ink by a judge or clerk of the cour signature and any other physical marks, stamps, or seals applied to the document.
A complete copy of the case file for the eviction proceedings, including all pleadings, motions, orders, and correspondence related to the Any digital records of the writ of restitution, including but not limited to scanned copies, emails, or electronic filings, to ensure comprehens