Compose

### RE: urgent CORA request for record   Inbox ×

**kandt, brenda** <brenda.kandt@judicial.state.co.us>
to me

Hello Mr. Witt,

Thank you for brining this to my attention. The two Writs are different in that one is a proposed
reviewed before issuing. The second is the issued Writ that was signed and sent to the Petition

Attached is a Register of Actions that is the court record for the case.  I am happy to provide c
record.  Please note any copies provided over 4 pages is .25 per page.  Certification is $20.00

For administrative information regarding procedural, sworn affidavits or audit logs, you may ne
Office at https://www.courts.state.co.us/Administration/records/

Sincerely,
Adams County Records Department

---

**From:** Eric Witt <ericwitt34@gmail.com>
**Sent:** Friday, July 28, 2023 11:14 AM
**To:** AdamsRecordRequest <AdamsRecordRequest@judicial.state.co.us>
**Subject:** [External] Re: urgent CORA request for record

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attach
content is safe.


Dear Clerk of the Court,

I am writing as a party involved in the case of 23cv33567. I have discovered significant inconsistencies in the metad
led to serious concerns about the integrity of the legal proceedings.

Specifically, the creation dates in the metadata for two versions of the same document, one with a signature and on



Send