# STEP BY STEP ACTIONS TAKEN USING AUTOPSY ON THE COURT RECORDS PDF'S AND MP4. ADAMS COUNTY, COUNTY COURT CASE NO: 2023C033567

**VISITED AUTOPSY.COM AND CLICKED THE "DOWNLOAD" BUTTON**



**CLICKED "DOWNLOAD 64-BIT >" BUTTON**



**AFTER DOWNLOAD COMPLETED INSTALLED AND STARTED THE PROGRAM**

SELECTED "NEW CASE"



**ENTERED CASE NAME**

CLICKED NEXT



**CLICKED FINISH**



**CLICKED NEXT**



**CLICKED "ADD" TO ADD THE FOLDER WHERE THE WRIT FILE IS LOCATED
(PROVIDED BY ADAMS COUNTY (104186731.PDF))**

**CLICKED "SELECT ALL" AND THEN "NEXT"**



**AFTER THE FILES WERE INGESTED "FINISH" WAS CLICKED AND THEN NAVIGATED TO THE PDF FILE AS SHOWN BELOW IN THE TOP LEFT AREA OF THE SCREEN SNAP SHOT. THE FILE WAS LOCATED AT**

:/LOGICALFILESET1/WRIT/104186731.PDF, ONCE THE PDF IS SELECTED IN THE TOP LEFT. THE WINDOW ON THE RIGHT NAMED "LISTINGS" ON THE TOP LEFT OF THE RIGHT-HAND WINDOW UNDER THE "TABLES" TAB. THERE IT SHOWS 2 PNG FILES. ONE IS IMAGE0.PNG (THE COURT SEAL) AND THE OTHER IS IMAGE1.PNG (A PIECED TOGETHER SIGNATURE OF ALANA PERCY MISSPELLED "ALAIA"). ALLEGING TO BE ALANA PERCY'S VALIDATING SIGNATURE.





IN THE DEPICTED CARTOON, A DOCUMENT BEARING A CONSPICUOUSLY TAPED-OVER SIGNATURE ON A VITAL COURT-ISSUED DOCUMENT WOULD, UNDER NORMAL CIRCUMSTANCES, BE DISMISSED AS LUDICROUS IN REAL-LIFE LEGAL PROCEEDINGS. ONE WOULD ASSUME SUCH AN OVERTLY FRAUDULENT ATTEMPT WOULD NEVER BE ENFORCED BY LAW ENFORCEMENT AUTHORITIES. REGRETTABLY, IN AN ASTONISHING TURN OF EVENTS, DEPUTIES FROM THE ADAMS COUNTY SHERIFF'S OFFICE DID ENFORCE A DOCUMENT BEARING SIMILAR HALLMARKS OF DECEPTION AS THE ILLUSTRATED CARTOON. A BASIC FORENSIC ANALYSIS OF THE PDF FILE HAS UNCOVERED THAT THE DOCUMENT INCLUDES A DIGITALLY EDITED SIGNATURE THAT HAS BEEN SUPERFICIALLY APPENDED, UNDERSCORING THE DOCUMENT'S FRAUDULENT NATURE.

IT IS PERTINENT TO NOTE THAT ALL THE SHERIFF'S DEPUTIES HAVE A FIDUCIARY DUTY TO CHECK THE LEGAL AUTHORITY OR LACK THEREOF BEFORE DEPRIVING THE PUBLIC OF THEIR PROPERTY IN THE LINE OF DUTY. ALTHOUGH DEPUTY ANTONIO MAEZ, ALONGSIDE THE OFFICE OF THE SHERIFF, JANEWAY LAW FIRM, AND THE ADAMS COUNTY COURTHOUSE, ROUTINELY MANAGE WRITS OF RESTITUTION. THE FACT THAT SUCH A GLARING OVERSIGHT OCCURRED—WHERE A DOCUMENT EVIDENTLY UNSIGNED WENT UNNOTICED—IS PREPOSTEROUS. THIS OVERSIGHT POINTS TO EITHER A PROFOUND DEGREE OF NEGLIGENCE IN SEVERAL GOVERNMENT ENTITIES AT BEST, OR, MORE DISCONCERTINGLY, SUGGESTS A DELIBERATE CONSPIRACY TO INFRINGE UPON MY CONSTITUTIONAL RIGHTS THEY SWORE TO PROTECT.



**IN THE TOP LEFT ADDRESS TREE I CLICKED BACK TO THE FOLDER OF THE WRITS LOCATION AS HIGHLIGHTED IN YELLOW BELOW. THIS IS WHERE ALL THE DATA RECOVERED FROM THE INGEST IS LOCATED, LIKE METADATA AND CREATION SOFTWARE.(SEE ECF**

THE INGESTION PROCESS SHOWN ABOVE WAS USED FOR THE OTHER PDF FILES OF THE WRIT OF RESTITUTION IN CASE NO: 2023C033567 PROVIDED BY THE ADAMS COUNTY COURTS AND THE ADAMS COUNTY SHERIFFS OFFICE AS WELL AS OTHER SOFTWARE FORENSIC TOOLS "MP4 INSPECTOR", "PDFSTREAMDUMPER", "VIDEOCLEANER" AND OTHER TOOLS CODED THROUGH PYTHON. ALTHOUGH, AS FOR THE WRIT IN QUESTION. THIS STEP BY STEP GUIDE AND THE FORENSICS REPORT REVEAL THE INVALIDITY OF THE WRIT. THIS NOT ONLY EVIDENCED IN THE METADATA IN THE ABOVE SCREENSHOT WHERE IT STATES,

"Pdf: encrypted: false"

BUT ALSO, PROVEN THROUGH THIS PROCESS ILLUSTRATED IN THIS DOCUMENT. THE PDF WRIT IN QUESTION IS VOID ANY SECURITY FEATURES IN THE FILE WHATSOEVER LEAVING IT OPEN TO EASILY ALTER, NO ENCRYPTED DIGITAL SIGNATURES PRESENT, THEREFORE IT IS INCAPABLE OF BEING A VALID WET INK THAT IS REQUIRED BUT EVEN IF DIGITALLY SIGNED

WRIT OF RESTITUTION WERE ACCEPTABLE IT ALSO FAILS TO MEET STATUTORY MANDATES TO LAWFULLY EXECUTE AS A DIGITALLY SIGNED COURT ORDER.

IN CONCLUSION, THE GLARING INVALIDITIES WITHIN THE WRIT OF RESTITUTION ARE SO MANIFEST AND EFFORTLESSLY DISCERNIBLE THAT ERIC'S DIGITAL FORENSICS REPORT STANDS AS INCONTROVERTIBLE FACT. THE SIMPLICITY OF THE VERIFICATION STEPS, AS OUTLINED, UNDERSCORES THAT EVEN INDIVIDUALS WITH RUDIMENTARY COMPUTER SKILLS ARE CAPABLE OF IDENTIFYING THE DOCUMENT'S DEFICIENCIES. FURTHERMORE, A BASIC UNDERSTANDING OF THE LEGAL STIPULATIONS REGARDING THE ACCEPTANCE OF DIGITAL SIGNATURES, COUPLED WITH THE STATUTORY REQUIREMENTS FOR THE ISSUANCE OF COURT ORDERS, UNEQUIVOCALLY VALIDATES THE REPORT'S FINDINGS. THE EGREGIOUS OVERSIGHT IN FAILING TO RECOGNIZE THESE CLEAR IRREGULARITIES NOT ONLY CALLS INTO QUESTION THE DUE DILIGENCE OF INVOLVED ENTITIES BUT ALSO REINFORCES THE NECESSITY FOR ERIC'S FORENSIC ANALYSIS IN ESTABLISHING THE DOCUMENT'S LACK OF AUTHENTICITY.