IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-RTG

ERIC WITT,

    Plaintiff,

v.

ADAMS COUNTY, TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE,
ANTONIO MAEZ, Adams County Sheriff's Deputy,
JANEWAY LAW FIRM, PC,
TOWN OF BENNETT,
JUDGE SHAWN DAY,
JOSEPH LICO, Prosecutor,
KRISTOFER RUNGE, Adams County Sheriff's Deputy,
JOHN DOE #1, Adams County Sheriff's Deputy,
JOHN DOES #2, Adams County Sheriff's Deputy,
SONYA ZIMMERMAN, Town of Bennett Community Service Officer,
KEITH BUONO, Town of Bennett Lead Community Service Officer,
KENDRA HAWES, Administrative Assistant,
CALEB J. CONNER, Battalion Chief – Fire Marshal,
JOHN/JANE DOE, Town of Bennett (Utilities),

    Defendants.

MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge.

    DATED: August 15, 2024