IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-LTB-RTG

ERIC WITT,

    Plaintiff,

v.

ADAMS COUNTY, TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE,
ANTONIO MAEZ, Adams County Sheriff's Deputy,
JANEWAY LAW FIRM, PC,
TOWN OF BENNETT,
JUDGE SHAWN DAY,
JOSEPH LICO, Prosecutor,
KRISTOFER RUNGE, Adams County Sheriff's Deputy,
JOHN DOE #1, Adams County Sheriff's Deputy,
JOHN DOES #2, Adams County Sheriff's Deputy,
SONYA ZIMMERMAN, Town of Bennett Community Service Officer,
KEITH BUONO, Town of Bennett Lead Community Service Officer,
KENDRA HAWES, Administrative Assistant,
CALEB J. CONNER, Battalion Chief – Fire Marshal, and
JOHN/JANE DOE, Town of Bennett (Utilities),

    Defendants.

---

## ORDER

---

On August 10, 2024, Plaintiff filed a "Motion for District Judge Review of Magistrate Judge's Order and Objection to Lack of Consent for Magistrate Judge Jurisdiction" (ECF No. 29). Liberally construing the Motion, Plaintiff is objecting to Magistrate Judge Richard Gurley's July 30, 2024 Minute Order (*see* ECF No. 28), which denied various motions filed by Plaintiff because this case is in initial review pursuant to

1

D.C.COLO.LCivR 8.1. Further, Plaintiff is objecting to Magistrate Judge Gurley's jurisdiction because Plaintiff never consented to magistrate judge jurisdiction.

Under 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate's order is clearly erroneous or contrary to law. The Court has reviewed Plaintiff's arguments and objections in his Motion and finds that Magistrate Judge Gurley's July 30, 2024 Minute Order is not clearly erroneous or contrary to law. Therefore, Plaintiff's objection is overruled.

Further, Plaintiff's objection to Magistrate Judge Gurley's jurisdiction is also overruled. As a magistrate judge, Judge Gurley is authorized to enter nondispositive orders pursuant to 28 U.S.C. § 636(b)(4) and D.C.COLO.LCivR 8.1(a), without regard for whether Plaintiff consented to magistrate judge jurisdiction. Thus, Plaintiff's objection regarding his lack of consent to magistrate jurisdiction is also overruled.

Accordingly, it is

ORDERED that Plaintiff's Objections in his "Motion for District Judge Review of Magistrate Judge's Order and Objection to Lack of Consent for Magistrate Judge Jurisdiction" (ECF No. 29) are OVERRULED.

DATED at Denver, Colorado, this  20th  day of    August    , 2024.

                                          BY THE COURT:

                                             s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, Senior Judge
                                          United States District Court