IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-LTB-RTG

ERIC WITT,

    Plaintiff,

v.

ADAMS COUNTY, TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE,
ANTONIO MAEZ, Adams County Sheriff's Deputy,
JANEWAY LAW FIRM, PC,
TOWN OF BENNETT,
JUDGE SHAWN DAY,
JOSEPH LICO, Prosecutor,
KRISTOFER RUNGE, Adams County Sheriff's Deputy,
JOHN DOE #1, Adams County Sheriff's Deputy,
JOHN DOES #2, Adams County Sheriff's Deputy,
SONYA ZIMMERMAN, Town of Bennett Community Service Officer,
KEITH BUONO, Town of Bennett Lead Community Service Officer,
KENDRA HAWES, Administrative Assistant,
CALEB J. CONNER, Battalion Chief – Fire Marshal,
JOHN/JANE DOE, Town of Bennett (Utilities),

    Defendants.

---

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

    This action is under review pursuant to D.C.COLO.LCivR 8.1.

    Pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1, United States Magistrate Judge **Richard T. Gurley** is designated to conduct proceedings in this civil action as follows:

    (X) Perform duties set forth in D.C.COLO.LCivR 8.1.

    (X) Hear and determine pretrial matters, including all nondispositive motions and other requests seeking court action.

(X) Conduct hearings, including evidentiary hearings, at the magistrate judge's discretion.

(X) Submit recommendations for rulings on dispositive motions.

(X) Submit recommendations for disposition of all or part of this action as required under D.C.COLO.LCivR 8.1, 28 U.S.C. § 1915, 28 U.S.C. § 1915A, and/or 42 U.S.C. § 1997e.

(X) Determine and resolve nondispositive post-judgment motions and other requests seeking court action.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that no additional orders of reference are necessary. All motions, requests, letters, and any other document seeking court action are referred automatically for resolution or recommendation by the named magistrate judge.

DATED at Denver, Colorado, this  20th  day of     August    , 2024.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court