IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01550-CNS-NRN

ERIC WITT,

Plaintiff,

v.

TOWN OF BENNETT,
KEITH BUONO, and
CALEB J. CONNOR,

Defendants.

## ORDER TO SHOW CAUSE

**N. REID NEUREITER**
**United States Magistrate Judge**

This case is before the Court pursuant to an Order of Reference to United States Magistrate Judge issued by Judge Charlotte N. Sweeney on December 19, 2024. ECF No. 38. On December 20, 2024, this Court entered an Order setting a Status Conference for March 4, 2025. ECF No. 6. This Order was emailed to Plaintiff Eric Witt, a pro se e-filer,[1] at ericwitt34@gmail.com. Plaintiff failed to appear at the March 4, 2025 Status Conference, and the Court's attempts to contact him were unsuccessful. ECF No. 49.

Rule 16(f) provides in pertinent part that "[o]n motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or

---

[1] *Pro Se E-Filing Instructions*, The United States District Court for the District of Colorado, http://www.cod.uscourts.gov/RepresentingYourself/ProSeE-FilingInstructions.aspx.

its attorney: (A) fails to appear at a scheduling or other pretrial conference . . . . or (C) fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f). Rule 37(b)(2)(A)(ii)-(vii), which is referenced in Rule 16(f), permits the following sanctions:

> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;
>
> (iii) striking pleadings in whole or in part;
>
> (iv) staying further proceedings until the order is obeyed;
>
> (v) **dismissing the action or proceeding in whole or in part**;
>
> (vi) rendering a default judgment against the disobedient party; or
>
> (vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A) (ii)-(vii) (emphasis added).

D.C.COLO.LCivR 41.1 further provides:

> A judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order. If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

D.C.COLO.LCivR 41.1.

Based upon the foregoing, it is hereby **ORDERED** that Plaintiff shall **file a written response** on or before April 2, 2025 showing cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and D.C.COLO.LCivR 41.1.

It is further **ORDERED** that Plaintiff shall **appear at the telephonic Show Cause Hearing/Motion Hearing on April 3, 2025 at 2:00 p.m.** See ECF No. 49.

2

**Plaintiff is hereby expressly warned that a failure to comply may result in dismissal of this case without prejudice.**

Dated: March 4, 2025
      Denver, Colorado

_____
N. Reid Neureiter
United States Magistrate Judge