OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

23-cv-1550-CNS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

#34  MAR 31 2025

JEFFREY P. COLWELL
CLERK

DENVER CO 802
23 DEC 2024 PM 2

quadient
FIRST-CLASS MAIL
IMI
$000.69
12/23/2024 ZIP 80294
043M31245131

US POSTAGE

fw/ Eric Witt
170 Coolidge Court
Bennett, CO 80102
720-496-991

WITR
BC: B929425999S

808 NFE 1 A23C0003/29/25
RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
*2735-00254-24-00*

