IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 23-cv-01550-CNS-NRN | Date: April 3, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| ERIC WITT, | *Pro se* |
|   Plaintiff, | |
| v. | |
| TOWN OF BENNETT, | Nicholas Poppe |
| KEITH BUONO, and | |
| CALEB J. CONNOR, | Jordan Brickman |
|   Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**SHOW CAUSE HEARING/MOTIONHEARING**

**1:59 p.m.     Court in session.**

Court calls case.  Appearance of Plaintiff and Defense Counsel.

The Court raises the Order to Show Cause for discussion.

**It is ORDERED:**   The ORDER TO SHOW CAUSE (Dkt. #50) is **DISCHARGED** for reasons as set forth on the record.

This matter is also before the Court on the Town of Bennett's Motion to Dismiss Under FRCP 12b6 for Failure to State a Claim (Dkt. #43) and Defendant Caleb J. Connor's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. #47).

Arguments by Defense Counsel and Plaintiff.

For the reasons stated on the record, it is

**ORDERED**:  The Town of Bennett's Motion to Dismiss Under F.R.C.P. 12(b)(6) for Failure to State a Claim (Dkt. #43) and Defendant Caleb J. Connor's

Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. #47) are **TAKEN UNDER ADVISEMENT**. The Court will issue a written recommendation in due course.

Plaintiff is reminded that he is required to keep the court updated with his contact information.

**2:40 p.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:41

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.