IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      1:23-CV-01550-CNS-NRN

ERIC WITT

    Plaintiff,

v.

TOWN OF BENNETT,
KEITH BUONO, and
CALEB J. CONNOR

    Defendants.

**TOWN OF BENNETT'S RESPONSE TO PLAINTIFF'S OBJECTION [ECF 66] TO MAGISTRATE JUDGE'S RECOMMENDATION [ECF 65]**

    Defendant, Town of Bennett by and through its attorney Nicholas C. Poppe of Nathan Dumm & Mayer P. C., hereby submits its Response to Plaintiff's Objection [ECF 66] to Magistrate Judge Neureiter's Recommendation [ECF 65], and states as follows:

    In his Recommendation, Judge Neureiter recommended that the Town's Motion to Dismiss Mr. Witt's Second Amended Complaint be granted based on Mr. Witt's failure to plead a viable theory of *Monell* liability. [ECF 65, pp. 13-14]. Judge Neureiter also reasoned that since Mr. Witt had failed to plead an underlying constitutional violation, he could not sustain a claim against the Town. [*Id.*, p. 14].

    In his Objection, Mr. Witt does not attack the reasoning or analysis set forth in the Recommendation, at least with respect to the Town. [ECF 66]. Indeed, Mr. Witt does not reference the Town's liability at all in his Objection. Instead, he offers only a single, vague

allegation that Defendant Caleb Connor was "acting under the Town of Bennett's authority…" [*Id.*, p. 5]. But this single phrase, devoid of any legal or factual analysis, is insufficient to warrant this Court's rejection of Judge Neureiter's Recommendation. Instead, the Town requests that the Court adopt Judge Neureiter's well-reasoned Recommendation and dismiss Mr. Witt's Second Amended Complaint against the Town.

DATED this 22nd day of August, 2025.

                                              *s/Nick Poppe*
                                              Nicholas C. Poppe
                                              NATHAN DUMM & MAYER P. C.
                                              7900 E. Union Avenue, Suite 600
                                              Denver, CO 80237-2776
                                              Telephone: (303) 691-3737
                                              Facsimile: (303) 757-5106
                                              ATTORNEY FOR THE TOWN OF BENNETT

## CERTIFICATE OF SERVICE

      I hereby certify that on 22nd day of August, 2025 I electronically mailed the foregoing **RESPONSE TO OBJECTION** to the following:

Eric Witt
22204 E Belleview Place
Aurora, CO 80015
(720) 791-9889
Ericwitt34@gmail.com
*Pro Se Plaintiff*

Peter C. Middleton
Jordan M. Brickman
HALL & EVANS LLC
1001 17th Street, Suite 300
Denver, CO 80202
T: (303) 628-3300
middletonp@hallevans.com
brickmanj@hallevans.com
*Attorneys for Defendant Connor*

                                        *s/Nick Poppe*
                                        Nicholas C. Poppe
                                        Attorney for the Town of Bennett
                                        NATHAN DUMM & MAYER P.C.
                                        7900 E. Union Avenue, Suite 600
                                        Denver, CO 80237-2776
                                        Telephone: (303) 691-3737
                                        Facsimile: (303) 757-5106
                                        NPoppe@ndm-law.com