## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01550-CNS-NRN

ERIC WITT,

> Plaintiff,

v.

TOWN OF BENNETT, and
CALEB J. CONNOR,

> Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney issued on September 9, 2025, [ECF No. 74] it is

ORDERED that the Recommendation of United States Magistrate Judge N. Reid Neureiter [ECF No. 65] is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motions to Dismiss [ECF Nos. 43 and 47] are GRANTED. It is

FURTHER ORDERED that all claims are dismissed for failure to state a claim. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of September, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes
_____

J. Dynes,
Deputy Clerk